# EXHIBIT 2

**EXHIBIT 2 - Defendant's Infringement: "The Boo Boo Song"**



EXHIBIT 2

**CoComelon "The Boo Boo Song"**
https://www.youtube.com/watch?v=3YltYCrPZos

**Infringing Super JoJo "The Boo Boo Song"**
Previously available at
https://www.youtube.com/watch?v=qQY1sn9iSME



EXHIBIT 2

2

**CoComelon "The Boo Boo Song"**
https://www.youtube.com/watch?v=3YltYCrPZos

**Infringing Super JoJo "The Boo Boo Song"**
Previously available at
https://www.youtube.com/watch?v=qQY1sn9iSME



3

EXHIBIT 2

**Infringing Super JoJo "The Boo Boo Song"**
Previously available at
https://www.youtube.com/watch?v=qQY1sn9iSME

**CoComelon "The Boo Boo Song"**
https://www.youtube.com/watch?v=3YltYCrPZos



Lyrics: "A bandage and a kiss will make your boo boo better."

Lyrics: "A bandage and a kiss just right will help your boo boo feel alright."

EXHIBIT 2

4

**CoComelon "The Boo Boo Song"**
https://www.youtube.com/watch?v=3YltYCrPZos

**Infringing Super JoJo "The Boo Boo Song"**
Previously available at
https://www.youtube.com/watch?v=qQY1sn9iSME

EXHIBIT 2

5

**Infringing Super JoJo "The Boo Boo Song"**
Previously available at
https://www.youtube.com/watch?v=qQY1sn9iSME

**CoComelon "The Boo Boo Song"**
https://www.youtube.com/watch?v=3YItYCrPZos

6

EXHIBIT 2

**CoComelon "The Boo Boo Song"**
https://www.youtube.com/watch?v=3YltYCrPZos

**Infringing Super JoJo "The Boo Boo Song"**
Previously available at
https://www.youtube.com/watch?v=qQY1sn9iSME

Audible "OW!"

Audible "OW!"

EXHIBIT 2

7

**CoComelon "The Boo Boo Song"**
https://www.youtube.com/watch?v=3YltYCrPZos

**Infringing Super JoJo "The Boo Boo Song"**
Previously available at
https://www.youtube.com/watch?v=qQY1sn9iSME



8

EXHIBIT 2

**CoComelon "The Boo Boo Song"**
https://www.youtube.com/watch?v=3YltYCrPZos

**Infringing Super JoJo "The Boo Boo Song"**
Previously available at
https://www.youtube.com/watch?v=qQY1sn9iSME

9

EXHIBIT 2



EXHIBIT 2

**CoComelon "The Boo Boo Song"**
https://www.youtube.com/watch?v=3YltYCrPZos

**Infringing Super JoJo "The Boo Boo Song"**
Previously available at
https://www.youtube.com/watch?v=qQY1sn9iSME

11

EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



**CoComelon "The Boo Boo Song"**
https://www.youtube.com/watch?v=3YltYCrPZos

**Infringing Super JoJo "The Boo Boo Song"**
Previously available at
https://www.youtube.com/watch?v=qQY1sn9iSME

24

EXHIBIT 2