# EXHIBIT 3

**EXHIBIT 3 – Defendant's Infringement: "Yes Yes Vegetables Song"**



CoComelon "Yes Yes Vegetables Song"
https://www.youtube.com/watch?v=ohHYABXMgUQ

Infringing Super JoJo "Yes Yes Vegetables Song"
Previously available at
https://www.youtube.com/watch?v=Qw6PKaGbfqk

EXHIBIT 3



EXHIBIT 3



EXHIBIT 3

CoComelon "Yes Yes Vegetables Song"
https://www.youtube.com/watch?v=ohHYABXMqUQ

Infringing Super JoJo "Yes Yes Vegetables Song"
Previously available at
https://www.youtube.com/watch?v=Qw6PKaGbfqk

Baby drops pea off of fork twice.

EXHIBIT 3

4

**CoComelon "Yes Yes Vegetables Song"**
https://www.youtube.com/watch?v=ohHYABXMqUQ

**Infringing Super JoJo "Yes Yes Vegetables Song"**
Previously available at
https://www.youtube.com/watch?v=Qw6PKaGbfqk







5

EXHIBIT 3

| CoComelon "Yes Yes Vegetables Song"<br>https://www.youtube.com/watch?v=ohHYABXMqUQ | Infringing Super JoJo "Yes Yes Vegetables Song"<br>Previously available at<br>https://www.youtube.com/watch?v=Qw6PKaGbfqk |
|---|---|
| <br>Mom taps mouth of stuffed animal three times with peas. | <br>Mom taps mouth of stuffed animal three times with peas. |
| <br>Baby uses spoon to eat two bites of peas and smiles. | <br>Baby uses spoon to eat two bites of peas and smiles. |

EXHIBIT 3

6

**CoComelon "Yes Yes Vegetables Song"**
https://www.youtube.com/watch?v=ohHYABXMgUQ

**Infringing Super JoJo "Yes Yes Vegetables Song"**
Previously available at
https://www.youtube.com/watch?v=Qw6PKaGbfqk

EXHIBIT 3



EXHIBIT 3

**CoComelon "Yes Yes Vegetables Song"**
https://www.youtube.com/watch?v=ohHYABXMqUQ



**Infringing Super JoJo "Yes Yes Vegetables Song"**
Previously available at
https://www.youtube.com/watch?v=Qw6PKaGbfqk

EXHIBIT 3



EXHIBIT 3











11

EXHIBIT 3



EXHIBIT 3



EXHIBIT 3



EXHIBIT 3



EXHIBIT 3

**Infringing Super JoJo "Yes Yes Vegetables Song"**
Previously available at
https://www.youtube.com/watch?v=Qw6PKaGbfqk



**CoComelon "Yes Yes Vegetables Song"**
https://www.youtube.com/watch?v=ohHYABXMqUQ



16

EXHIBIT 3



EXHIBIT 3



**CoComelon "Yes Yes Vegetables Song"**
https://www.youtube.com/watch?v=ohHYABXMqUQ

**Conclusion**

**Infringing Super JoJo "Yes Yes Vegetables Song"**
Previously available at
https://www.youtube.com/watch?v=Qw6PKaGbfqk

EXHIBIT 3