# EXHIBIT 6



**CoComelon "Car Wash Song"**
https://www.youtube.com/watch?v=ABEVNHqmbJ4

**Infringing Super JoJo "Car Wash Song"**
Previously available at
https://www.youtube.com/watch?v=g7zXyRMTDgY

2

EXHIBIT 6

**Infringing Super JoJo "Car Wash Song"**
Previously available at
https://www.youtube.com/watch?v=g7zXyRMTDgY

**CoComelon "Car Wash Song"**
https://www.youtube.com/watch?v=ABEVNHqmbJ4

EXHIBIT 6

**Infringing Super JoJo "Car Wash Song"**
Previously available at
https://www.youtube.com/watch?v=g7zXyRMTDgY

**CoComelon "Car Wash Song"**
https://www.youtube.com/watch?v=ABEVNHqmbJ4

**Infringing Super JoJo "Car Wash Song"**
Previously available at
https://www.youtube.com/watch?v=g7zXyRMTDgY

**CoComelon "Car Wash Song"**
https://www.youtube.com/watch?v=ABEVNHqmbJ4