# EXHIBIT 7

**EXHIBIT 7 – Defendant's Infringement of CoComelon "Yes Yes" / "No No" Song Series**

| Original, Copyrighted CoComelon Video | Infringing Super JoJo Video |
|---|---|
| Yes Yes Vegetables Song<br>https://www.youtube.com/watch?app=desktop&v=ohHYABXMqUQ<br><br>U.S. Copyright No. PA0002159137 (Yes Yes Vegetables Song), granted January 21, 2019. | Yes Yes Vegetables Song<br>https://www.youtube.com/watch?app=desktop&v=Qw6PKaGbfqk |
| Yes Yes Playground Song<br>https://www.youtube.com/watch?app=desktop&v=KTOwPz-zMWY<br><br>U.S. Copyright No. PA0002145951 Yes Yes Playground Song), granted November 13, 2018. | Yes Yes Playground Song<br>https://www.youtube.com/watch?v=4KCIOgU2Z0Y |
| Yes Yes Bedtime Song<br>https://www.youtube.com/watch?app=desktop&v=HJkAI-Dhq50<br><br>U.S. Copyright No. PA0002177791 (Yes Yes Bedtime Song), granted March 25, 2019. | Yes Yes Bedtime Song<br>https://www.youtube.com/watch?v=_Wc1HCp_W5I |
| Yes Yes Save the Earth Song<br>https://www.youtube.com/watch?app=desktop&v=efyQz6KzZvU | Yes Yes Save the Earth Song*<br>https://www.youtube.com/watch?app=desktop&v=msMMz239Cm8<br><br>*Uses a different melody than other Super JoJo Yes Yes songs. |
| No No Play Safe Song<br>https://www.youtube.com/watch?v=nAP3yilxmdY<br><br>U.S. Copyrights Nos. PA0002177782 ("No No" Play Safe Song), granted March 25, 2019, SRu001317776 (No No Play Safe Song, et al.), granted January 9, 2018. | No No Play Safe Song 2<br>https://www.youtube.com/watch?v=EcFWuPjpzkw |
| No No Table Manners Song<br>https://www.youtube.com/watch?app=desktop&v=cghkM_ohBW4 | Yes Yes Table Manners Song<br>https://www.youtube.com/watch?v=uPUve9EsvS8 |

EXHIBIT 7                                                                                                                          1