# EXHIBIT 8

**EXHIBIT 8 – Infringing Super JoJo Videos Submitted to YouTube for Removal**

| Original, Copyrighted CoComelon Work | Infringing Super JoJo Works Subject to Takedown Requests |
|---|---|
| "The Boo Boo Song" https://www.youtube.com/watch?v=3YltYCrPZos<br><br>U.S. Copyright No. PA0002181622 (The Boo Boo Song), granted April 9, 2019. | The Boo Boo Song, displayed at:<br>• https://www.youtube.com/watch?v=qQY1sn9iSME<br>• https://www.youtube.com/watch?v=JpaDYH36rRU<br>• https://www.youtube.com/watch?v=pA8pSX8Jnwg<br>• https://www.youtube.com/watch?v=57Fw5OyhdAA<br>• https://www.youtube.com/watch?v=EIUCd0_Mrp0<br>• https://www.youtube.com/watch?v=cHLZgF3eLyI<br>• https://www.youtube.com/watch?v=6uzRHtvQz9U<br>• https://www.youtube.com/watch?v=fbbkv8v8vNQ<br>• https://www.youtube.com/watch?v=y7kQRNDuAKY<br>• https://www.youtube.com/watch?v=D93o8t5lzKE<br>• https://www.youtube.com/watch?v=n_5If7OKMqw<br>• https://www.youtube.com/watch?v=xFCt2w_lCMc<br>• https://www.youtube.com/watch?v=ooqEfFTk6x0<br>• https://www.youtube.com/watch?v=eAPJ-pQnCzg<br>• https://www.youtube.com/watch?v=VWNQI6k43QA<br>• https://www.youtube.com/watch?v=5B4yJatdYcc<br>• https://www.youtube.com/watch?v=uJ5t-iWvB5Y<br>• https://www.youtube.com/watch?v=lXBOkU4zpLU<br>• https://www.youtube.com/watch?v=XDtwnUXVHcI<br>• https://www.youtube.com/watch?v=sKzS-lDSulQ<br>• https://www.youtube.com/watch?v=9m-y8Wj0FDI<br>• https://www.youtube.com/watch?v=hg1F-KmmuCk |
| "Yes Yes Vegetables Song" https://www.youtube.com/watch?v=ohYABXMqUQ<br><br>U.S. Copyright No. PA0002159137 (Yes Yes Vegetables Song), granted January 21, 2019. | "Yes Yes Vegetables Song" displayed at<br>• https://www.youtube.com/watch?v=Qw6PKaGbfqk<br>• https://www.youtube.com/watch?v=s3jVlTYjbrU<br>• https://www.youtube.com/watch?v=bBenDx3_194<br>• https://www.youtube.com/watch?v=A0Lr9pGYs_w<br>• https://www.youtube.com/watch?v=hkQelDyuIQU<br>• https://www.youtube.com/watch?v=e2nuQi7rZ2A<br>• https://www.youtube.com/watch?v=551qQ6DNALw<br>• https://www.youtube.com/watch?v=EDKJdK4dWEE<br>• https://www.youtube.com/watch?v=CMmZxftt1BA<br>• https://www.youtube.com/watch?v=vwvfxiOT6Ak&t=20s |

EXHIBIT 8                                                                                                                                    1

| Original, Copyrighted CoComelon Work | Infringing Super JoJo Works Subject to Takedown Requests |
|---|---|
| | - https://www.youtube.com/watch?v=a5ZnPGbmxLk<br>- https://www.youtube.com/watch?v=Muv_dvqjce8<br>- https://www.youtube.com/watch?v=xBt7NmDcGz0<br>- https://www.youtube.com/watch?v=aEbDKNyMzHI<br>- https://www.youtube.com/watch?v=yduj8b477fQ<br>- https://www.youtube.com/watch?v=OyYFuUUpcwk<br>- https://www.youtube.com/watch?v=0134QrRQ2fw<br>- https://www.youtube.com/watch?v=HzpyAqiiVgw<br>- https://www.youtube.com/watch?v=UuBBPjg0uus |
| "Colors Song (with Popsicles)"<br>https://www.youtube.com/watch?v=RvgnuPL9x-s | "Rainbow Ice Cream – Colors Song" displayed at<br>- https://www.youtube.com/watch?v=37mCmAIoCTw<br>- https://www.youtube.com/watch?v=BROTWQSu-QE<br>- https://www.youtube.com/watch?v=1EOsm0EoeEA<br>- https://www.youtube.com/watch?v=US08K3Hsx6U<br>- https://www.youtube.com/watch?v=Pl42xNkZ9GI<br>- https://www.youtube.com/watch?v=fWnlEscziW8<br>- https://www.youtube.com/watch?v=Tfy66Leot_k<br>- https://www.youtube.com/watch?v=B2GcJlsvzCQ<br>- https://www.youtube.com/watch?v=oKZqCG91Cls<br>- https://www.youtube.com/watch?v=gkWjVraRZ30<br>- https://www.youtube.com/watch?v=x-rd8u2d8dQ<br>- https://www.youtube.com/watch?v=p2DuE5Xyejo<br>- https://www.youtube.com/watch?v=qlLsBjiQ5bk<br>- https://www.youtube.com/watch?v=Kz18Poysv00<br>- https://www.youtube.com/watch?v=xBGHmVLKUtQ<br>- https://www.youtube.com/watch?v=Ub3qqVx5bhU |
| "Clean Up Trash Song"<br>https://www.youtube.com/watch?v=47ODQI0OSOA | "Clean Up Trash Song" displayed at<br>- https://www.youtube.com/watch?v=tTcxC444yZw<br>- https://www.youtube.com/watch?v=45Ouk9LEexU<br>- https://www.youtube.com/watch?v=PTfxj_gfuOI<br>- https://www.youtube.com/watch?v=NQ_5pvotqDw<br>- https://www.youtube.com/watch?v=MUraoyZCvF0<br>- https://www.youtube.com/watch?v=r0XGMQBUuIQ<br>- https://www.youtube.com/watch?v=RBd-qWHJ4xE |

EXHIBIT 8                                                                                                                              2

| Original, Copyrighted CoComelon Work | Infringing Super JoJo Works Subject to Takedown Requests |
|---|---|
| | • https://www.youtube.com/watch?v=28sSqXOHwfQ<br>• https://www.youtube.com/watch?v=mRpMwixKbYs<br>• https://www.youtube.com/watch?v=b1x-MR1w_50<br>• https://www.youtube.com/watch?v=mY2q-6M4lYE<br>• https://www.youtube.com/watch?v=khslQHd2cp8<br>• https://www.youtube.com/watch?v=on3i_QUuEbY<br>• https://www.youtube.com/watch?v=v6CtjX6VOPg<br>• https://www.youtube.com/watch?v=W4pfQJyu_Wc<br>• https://www.youtube.com/watch?v=Y3POGlx2fIg |
| "Bath Song"<br>https://www.youtube.com/watch?v=WRVsOCh907o<br><br>U.S. Copyright No. PA0002146326 (Bath Song), granted November 16, 2018. | "Bath Song" displayed at<br>• https://www.youtube.com/watch?v=xXfTdYgKm-0<br>• https://www.youtube.com/watch?v=xPOK93N50r0<br>• https://www.youtube.com/watch?v=bWJOFAfMOvA<br>• https://www.youtube.com/watch?v=AjSwP7Tmbhk<br>• https://www.youtube.com/watch?v=RLvBYzIc8IM<br>• https://www.youtube.com/watch?v=6rkjBq7CNuE<br>• https://www.youtube.com/watch?v=Y0bygCd32yk<br>• https://www.youtube.com/watch?v=fpIFYCJdZyM<br>• https://www.youtube.com/watch?v=Fr_UB9XINX0<br>• https://www.youtube.com/watch?v=pxZjt10dP7M<br>• https://www.youtube.com/watch?v=VSy6P3wxSO4<br>• https://www.youtube.com/watch?v=m5lmpNVdCW0<br>• https://www.youtube.com/watch?v=q9N1y4ZxNNI<br>• https://www.youtube.com/watch?v=TTaMsgt263Y<br>• https://www.youtube.com/watch?v=hBPJiPyZQC4<br>• https://www.youtube.com/watch?v=FJcu0weVaUc<br>• https://www.youtube.com/watch?v=O_cPOSI6zGA<br>• https://www.youtube.com/watch?v=mY2q-6M4lYE<br>• https://www.youtube.com/watch?v=OJzQWxJYnO0<br>• https://www.youtube.com/watch?v=CkrwmTWy68c<br>• https://www.youtube.com/watch?v=YMTlxN4iRNU |
| "Car Wash Song"<br>https://www.youtube.com/watch?v=ABEVNHqmbJ4<br><br>U.S. Copyright No. PA0002191424 (Car Wash | "Car Wash Song" displayed at<br>• https://www.youtube.com/watch?v=xXfTdYgKm-0<br>• https://www.youtube.com/watch?v=g7zXyRMTDgY<br>• https://www.youtube.com/watch?v=xPOK93N50r0<br>• https://www.youtube.com/watch?v=bWJOFAfMOvA |

EXHIBIT 8                                                                                                                                                    3

| Original, Copyrighted CoComelon Work | Infringing Super JoJo Works Subject to Takedown Requests |
|---|---|
| Song), granted May 22, 2019. | • https://www.youtube.com/watch?v=AjSwP7Tmbhk<br>• https://www.youtube.com/watch?v=4YKBSV8An4g<br>• https://www.youtube.com/watch?v=g-DqOwlHzDE<br>• https://www.youtube.com/watch?v=E7NF5nkx5bc<br>• https://www.youtube.com/watch?v=dKn9idMwfhU<br>• https://www.youtube.com/watch?v=Fr_UB9XINX0<br>• https://www.youtube.com/watch?v=2oJKaNqViWc<br>• https://www.youtube.com/watch?v=1i76cYsNld4<br>• https://www.youtube.com/watch?v=9SrOdHSVfk4<br>• https://www.youtube.com/watch?v=teUcrcW6tjg<br>• https://www.youtube.com/watch?v=uiweQmE3748<br>• https://www.youtube.com/watch?v=qdXJ6PhjEo8<br>• https://www.youtube.com/watch?v=coN79-MQo88<br>• https://www.youtube.com/watch?v=CwiiK3AESyk<br>• https://www.youtube.com/watch?v=mY2q-6M4lYE<br>• https://www.youtube.com/watch?v=Ds6JuVminSM<br>• https://www.youtube.com/watch?v=v6CtjX6VOPg<br>• https://www.youtube.com/watch?v=mByib-2hj5E<br>• https://www.youtube.com/watch?v=nCh9Vzc4VRA |

EXHIBIT 8                                                                                                       4