| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Margret Caruso (Bar No. 243473) |
| | 555 Twin Dolphin Drive, 5th Floor |
| 3 | Redwood Shores, California 94065 |
| | Telephone: (650) 801-5000 |
| 4 | Facsimile: (650) 801-5100 |
| 5 | margretcaruso@quinnemanuel.com |
| 6 | Sam S. Stake (Bar No. 257916) |
| | 50 California Street, 22nd Floor |
| 7 | San Francisco, California 94111 |
| | Telephone: (415) 875-6600 |
| 8 | Facsimile: (415) 875-6700 |
| | samstake@quinnemanuel.com |
| 9 | |
| 10 | Attorneys for Defendant/Counter-Plaintiff |
| | BABYBUS (FUJIAN) NETWORK |
| 11 | TECHNOLOGY CO., LTD |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD, <br><br> Defendant. <br> BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD, <br><br> Counter-Plaintiff, <br><br> v. <br><br> MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., <br><br> Counter-Defendants. | CASE NO. 4:21-CV-06536-EMC <br><br> **DECLARATION OF NAIYONG YAN IN SUPPORT OF BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD'S NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** <br><br> Judge: Honorable Edward M. Chen <br><br> Courtroom: 5, 17th Floor |

I, Naiyong Yan, declare as follows:

1.  I am Naiyong Yan, Head of the Video Business Department for Baby Bus Co., Ltd. ("BabyBus"), the parent company of Defendant and Counter-Plaintiff BabyBus (Fujian) Network Technology Co., Ltd in the above-captioned matter. I submit this declaration in support of Defendant/Counter-Plaintiff's Notice of Motion and Motion for a Temporary Restraining Order and an Order to Show Cause. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2.  Along with its subsidiaries, BabyBus is a global leader in original educational digital content for children, was founded in 2009, and currently has over 1,100 employees. At the end of 2020, research and development personnel accounted for approximately 84% of these employees, most of whom are artists, musicians, and other creative contributors. About 78% of all employees have a bachelor's degree or above. In addition, BabyBus has hired well-known children's educational experts and professors as product consultants—all committed to producing original and high-quality children's entertainment. Among other awards, BabyBus won Google Play's "Best for Kids" awards in 2016 and 2017 and YouTube's Diamond Creator Award in 2019 and 2020.

3.  I understand that this action implicates JoJo from BabyBus's Super JoJo show, and JJ from the show CoComelon by Plaintiffs Moonbug Entertainment Limited and Treasure Studio, Inc. (collectively, "Moonbug"). A true and correct depiction of JoJo (left) and JJ (right) are presented in **Table 1**, below.



| Table 1 | |
|---|---|
| **BabyBus' JoJo** | **Moonbug's JJ** |

4. BabyBus's JoJo originated in 2016, when BabyBus created and published a children's show on YouTube titled "Barber" featuring baby Doudou. *See, e.g.*, *♫1 Hour ♫background music | accompaniment HD | BabyBus Music*, uploaded to YouTube on Aug. 18, 2016 (available at https://youtu.be/f1e0EP_io2o?t=1377). Doudou's look was inspired by the "New Year Doll." In traditional Chinese culture, families post a picture of the New Year Doll on its door during the holiday—a picture that includes a baby boy with a big head and comparatively small body, a single color hair tuft on the top of his head, big eyes and thin, rounded eyebrows, and thin lips with a half-moon smile—just like Doudou. A true and correct depiction of Doudou (left) and the New Year Doll (right) are presented in **Table 2**, below. To protect its work, BabyBus applied for and was granted a copyright for Doudou in China. A true and correct copy of the copyright is attached hereto as **Exhibit A**.



| Table 2 | |
|---|---|
| **BabyBus' Doudou** | **New Year Doll** |

5. Shortly after Doudou's introduction, the market trended from 2-D to 3-D animation. To meet the demand, in early 2019, BabyBus sought licenses to 3-D digital models of a baby boy and his family. BabyBus took a license to one set of 3-D models for sale that included a baby boy with a striking resemblance to Doudou. Both have a brown monolithic swirl of hair on the top of head, brown, thin rounded eyebrows, oversized eyes with large irises and pupils, rosy cheeks, large ears, and

a half-moon mouth with thin lips. A true and correct depiction of Doudou, a licensed 3-D model, and JoJo are presented in **Table 3** below. The 3-D model set also included a sister and brother—well-suited for BabyBus since Doudou also has both siblings. Creation of the show's episodes often involved, among other things, creating 3-D animations of classic songs and dances with the assistance of actors whose motions were captured, sometimes with bright and saturated colors, which are, essentially, requirements of the medium and genre. BabyBus launched the flagship Super JoJo channel (the English-language channel) in June 2019. A true and correct depiction of JoJo's family members (versions 1 and 2) and JJ's family members are presented in **Table 4** below.

| Table 3 |||
|---|---|---|
|  |||
| **Doudou** | **Licensed 3-D Model** | **JoJo** |

| Table 4 ||
|---|---|
| ||
| **JoJo Father v. JJ Father** | **JoJo Mother v. JJ Mother** |

| | |
|---|---|
| JoJo Brother 1, JoJo Brother 2, CoCo Brother | JoJo Sister 1, JoJo Sister 2, CoCo Sister |
| **JoJo Brother v. JJ Brother** | **JoJo Sister v. JJ Sister** |
| JoJo Dog, CoCo Dog | |
| **JoJo Dog v. JJ Dog** | |

6. Since its launch, the number of subscribers for the flagship channel has exceeded 20,000,000 subscribers, and the views have exceeded 12 billion worldwide. Building this following took monumental investment of time and resources, including millions of dollars.

7. Beginning on July 20, 2021, and within days of learning about BabyBus' IPO, Moonbug launched its campaign to terminate the Super JoJo channels. Moonbug's nine (of 70) successful takedown notices followed a consistent form—citation to its copyright registration of JJ paired with identification of one or more allegedly infringing videos. For example, the first two takedown requests do not concern any of the five works Moonbug alleges are copies or near copies of its works. Rather, they are two BabyBus works where Moonbug claimed infringement of Copyright Reg. No. VAu001379978, which is for 2-D artwork titled "JJ" (created *after* Doudou, consequently), and Reg. No. VAu001322038, which is for 2-D artwork titled "Unpublished Family Characters." Attached as **Exhibit B** is a true and correct copy of the search results on the U.S. Copyright Office website for Copyright Re. No. VAu001379978. Attached as **Exhibit C** is a true and correct copy of the search results on the U.S. Copyright Office website for Copyright Re. No. VAu001322038; *see*

*also* the following screenshots BabyBus' YouTube console indicating Copyright Reg. No. VAu001379978 ("JJ") in connection with the majority of takedowns:

收到警示的日期：2021年7月31日　失效日期：10月29日　　　　　　　　　　　警示包含 2 个视频 ⓘ
内容已被 Moonbug Entertainment Limited 移除

| 视频 | 所用内容 | 操作 |
|---|---|---|
| Doctor Checkup Song | Super JoJ... 发布日期 2019年7月25日　2:52 | Titles: "JJ," Reg. No. VAu001379978. ar... | 选择操作 ▼ 抗辩通知已转发 ⓘ |
| Johny Johny Yes Papa | Super Jo... 发布日期 2019年7月12日　2:48 | Title: "JJ," Reg. No. VAu001379978. art... | 选择操作 ▼ 抗辩通知已转发 ⓘ |

收到警示的日期：2021年8月7日　失效日期：11月5日　　　　　　　　　　　警示包含 2 个视频 ⓘ
内容已被 Moonbug Entertainment Limited 移除

| 视频 | 所用内容 | 操作 |
|---|---|---|
| Clean Up Song | Tidy Up Song | Su... 发布日期 2019年11月2日　2:50 | Clean Up Song | CoComelon Nursery R... | 选择操作 ▼ 抗辩通知已转发 ⓘ |
| Farm Animals Song | Animal Soun... 发布日期 2020年3月17日　2:16 | Titles: "JJ," Reg. No. VAu001379978. ar... | 选择操作 ▼ 抗辩通知已转发 ⓘ |

//

//

//

//

//

//

[Screenshot of YouTube copyright strike notice in Chinese, dated 2021年8月12日, with 失效日期 11月10日. Content removed by Moonbug Entertainment Limited. Lists 5 videos:
- Rain Rain Go Away | Swimming So... (发布日期 2019年9月8日, 25:22) — Titles: "JJ," Reg. No. VAu001379978, ar...
- The Finger Family Song | Nursery... (发布日期 2019年11月16日, 3:00) — Finger Family + More Nursery Rhymes...
- The Color Song | Learn Colors For... (发布日期 2019年12月24日, 15:58) — Titles: "JJ," Reg. No. VAu001379978, ar...
- Yes Yes Clean Up Song | Tidy Up S... (发布日期 2020年3月6日, 18:55) — Titles: "JJ," Reg. No. VAu001379978, ar...
- Wash Your Hands Song | Healthy... (发布日期 2020年1月14日, 17:34) — Titles: "JJ," Reg. No. VAu001379978, ar...]

8. Upon termination, the Super JoJo Channel was removed by YouTube's recommendation algorithm. The result is a complete loss of search-engine standing on YouTube that built up over the past two years and damage to search-engine standing of BabyBus' other channels. Before the termination of the English-language Super JoJo Channel, its videos were viewed on an average of 27 million times per day and received about 40,000 new subscribers per day. The flagship channel brings in up to ten times the revenue as the second most successful Super JoJo channel. With the closure, there can be no growth, and losses are at least $400,000 to $500,000 per month. The

inability to do and grow business is especially harmful now, in the fourth quarter of the year, because that is the peak season of the YouTube advertising ecosystem.

9. In addition to the ongoing loss of the English-language channel, there is an imminent prospect of the Spanish-language channel being terminated, representing a loss of another 10% of Super JoJo revenue. Not only is irreparable damage being done to the Super JoJo brand, subscriber base, and future prospects, but dozens of BabyBus artists and employees' livelihoods depend on Super JoJo. They too are impacted.

10. Moreover, since the termination, BabyBus has observed social media users expressing confusion or disappointment that they could not access the Super JoJo Channel. For example:



(available at https://twitter.com/lomaiine/status/1431032295071305728?s=20)

(available at https://twitter.com/LORDAQWA/status/1431031485566488585?s=20)

(available at https://twitter.com/ughlexussss/status/1430989073078915074?s=20)

11. BabyBus corresponded with YouTube regarding its flagship Super JoJo channel's termination, and YouTube advised that the channel would be restored if the copyright strikes against the channel were decreased to zero or less than three. A true and correct copy of that correspondence between BabyBus and YouTube is attached as **Exhibit D**. A true and correct copy of an excerpt from YouTube policy concerning copyright litigation is attached as **Exhibit E**. To date, copyright strikes against any Super JoJo channel have been caused only by Moonbug.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Executed on September 28, 2021, in Fuzhou City, Fujian Province, China 350007.

_____
Naiyong Yan

-8-	Case No. 4:21-cv-06536-EMC
Naiyong Yan Declaration ISO TRO and OSC