QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Margret Caruso (Bar No. 243473)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:   (650) 801-5100
margretcaruso@quinnemanuel.com

   Sam S. Stake (Bar No. 257916)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700
samstake@quinnemanuel.com

Attorneys for Defendant/Counter-Plaintiff
BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., <br><br>Plaintiffs,<br><br>v.<br><br>BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD,<br><br>Defendant. | CASE NO. 4:21-CV-06536-EMC <br><br>**[PROPOSED] ORDER GRANTING DEFENDANT/COUNTER-PLAINTIFF BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Judge:  Honorable Edward M. Chen<br><br>Courtroom:  5, 17th Floor |
| BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD,<br><br>Counter-Plaintiff,<br><br>v.<br><br>MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC.,<br><br>Counter-Defendants. | |

Now before the Court is Defendant/Counter-Plaintiff BabyBus (Fujian) Network Technology Co., Ltd's ("BabyBus") Motion for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue (the "Motion").

Having considered BabyBus' Motion, the record in this matter, and the arguments of counsel, the Court **GRANTS** BabyBus' Motion. Accordingly, Moonbug, its officers, agents, servants, employees and attorneys, and all persons in active concert or participant with Moonbug (including but not limited to YouTube), are hereby immediately:

(1) **ORDERED** to withdraw all of Moonbug's existing Digital Millennium Copyright Act ("DMCA") notifications served on YouTube relating to BabyBus' Super JoJo shows;

(2) **ORDERED** not to serve any additional DMCA notifications relating to BabyBus' Super JoJo shows; and

(3) **ORDERED** to provide all information YouTube seeks from it so that YouTube will reinstate the suspended Super JoJo channel with the videos lodged as Exhibits 1 – 171 to the September 28, 2021 Declaration of Sam S. Stake.

This Temporary Restraining Order shall take effect immediately and shall remain in effect pending a preliminary injunction hearing.

**ORDER TO SHOW CAUSE**: The Court hereby fixes the hearing for BabyBus' Motion, which shall be scheduled pursuant to FED. R. CIV. P. 65(b), for _____ ____, 2021 at _____ p.m. (Pacific Time).

The Court further fixes _____ ____, 2021, as the time within which this Order and all supporting pleadings and papers must be served upon Plaintiff.

**IT IS SO ORDERED.**

Dated: _____, 2021 at _____ a.m./p.m.

                                                Hon. Edward M. Chen
                                                United States District Judge