QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Margret Caruso (Bar No. 243473)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Fax:           (650) 801-5100
margretcaruso@quinnemanuel.com

  Sam S. Stake (Bar No. 257916)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile:   (415) 875-6700
samstake@quinnemanuel.com

Attorneys for Defendant/Counter-Plaintiff
BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD, <br><br> Defendant. <br> BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD, <br><br> Counter-Plaintiff, <br><br> v. <br><br> MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., <br><br> Counter-Defendants. | CASE NO. 4:21-CV-06536-EMC <br><br> **NOTICE OF WITHDRAWAL OF MOTION** <br><br> Date: October 7, 2021 <br> Time: 1:30 p.m. <br> Judge: Honorable Edward M. Chen <br> Courtroom: 5, 17th Floor <br><br> Complaint Filed: August 24, 2021 |

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Local Rule 7-7(e), Defendant/Counter-Plaintiff BabyBus (Fujian) Network Technology Co., Ltd. ("BabyBus") hereby notices the withdrawal of its Motion For Temporary Restraining Order And Order To Show Cause Why a Preliminary Injunction Should Not Issue (Dkt. 22).

As of late yesterday evening, October 5, 2021, BabyBus' flagship YouTube channel has been reinstated—thereby effectuating the ultimate outcome BabyBus sought to achieve through its motion for injunctive relief and ameliorating BabyBus' need for emergency relief. BabyBus is mindful that in the future Plaintiffs may file new groundless DMCA notices based on their claimed "2D Visual Art" character copyrights. However, for now, events have overtaken BabyBus' need for the Court's emergency intervention.

DATED: October 6, 2021

,

Respectfully Submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/ Sam S. Stake
Margret Caruso (Bar No. 243473)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Fax: (650) 801-5100
margretcaruso@quinnemanuel.com

Sam S. Stake (Bar No. 257916)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
samstake@quinnemanuel.com

Attorneys for Defendant/Counter-Plaintiff
BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD