1  JENNIFER KELLY (CSB No. 193416)
   jennifer@tyzlaw.com
2  RYAN TYZ (CSB No. 234895)
   ryan@tyzlaw.com
3  ERIN JONES (CSB No. 252947)
   ejones@tyzlaw.com
4  CIARA MCHALE (CSB No. 293308)
   ciara@tyzlaw.com
5  TYZ LAW GROUP PC
   4 Embarcadero Center, 14th Floor
6  San Francisco, CA 94111
   Telephone: 415.868.6900
7
   Attorneys for Plaintiffs
8  Moonbug Entertainment Limited and
   Treasure Studio, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD, <br><br> Defendant. | Case No: 3:21-cv-06536-EMC <br><br> **DECLARATION OF CIARA MCHALE IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS AND TO STRIKE COUNTERCLAIMS UNDER CALIFORNIA ANTI-SLAPP LAW** |
| BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD, <br><br> Counter-Plaintiff, <br><br> v. <br><br> MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., <br><br> Counter-Defendants. | |

I, Ciara McHale, do hereby declare as follows:

1. I am an attorney at law licensed to practice in the State of California and the Northern District of California. I am an attorney at the law firm Tyz Law Group PC, attorneys of record for Plaintiffs Moonbug Entertainment Limited and Treasure Studio, Inc. (together, "Moonbug"), in the above captioned matter. I have personal knowledge of the matters set forth in this declaration and, if called to testify as a witness, would be competent to testify as follows.

## Moonbug's DMCA Notices

2. On July 20, 2021, I began submitting copyright infringement notifications (*i.e.*, DMCA takedown notices) to YouTube on behalf of Moonbug Entertainment Limited regarding Defendant's infringing Super JoJo videos and channels. Exhibits 1 through 9 are emails I received from YouTube in response to and including the information submitted in the nine DMCA takedown notices that, prior to YouTube's termination of Defendant's English-language Super JoJo channel, resulted in YouTube's removal of a Super JoJo video, as referenced in ¶¶ 18–19 of the Counterclaims.

3. Attached as **Exhibit 1** is a true and correct copy of an email I received from YouTube on July 29, 2021 with the subject line "YouTube Copyright Complaint Submission," confirming my submission of a DMCA takedown notice for the video at the URL identified in the email and showing the information I provided in the submitted initial takedown request webform. On August 6, 2021, I received an email from YouTube confirming the removal of the video referenced in Exhibit 1.

4. Attached as **Exhibit 2** is a true and correct copy of an email I received from YouTube on July 30, 2021 with the subject line "YouTube Copyright Complaint Submission," confirming my submission of a DMCA takedown notice for the video at the URL identified in the email and showing the information I provided in the submitted initial takedown request webform. On August 11, 2021, I received an email from YouTube confirming the removal of the video referenced in Exhibit 2.

5. Attached as **Exhibit 3** is a true and correct copy of an email I received from YouTube on July 29, 2021 with the subject line "YouTube Copyright Complaint Submission,"

confirming my submission of a DMCA takedown notice for the video at the URL identified in the email and showing the information I provided in the submitted initial takedown request webform. On August 11, 2021, I received an email from YouTube confirming the removal of the video referenced in Exhibit 3.

6. Attached as **Exhibit 4** is a true and correct copy of an email I received from YouTube on July 30, 2021 with the subject line "YouTube Copyright Complaint Submission," confirming my submission of a DMCA takedown notice for the video at the URL identified in the email and showing the information I provided in the submitted initial takedown request webform. On August 11, 2021, I received an email from YouTube confirming the removal of the video referenced in Exhibit 4.

7. Attached as **Exhibit 5** is a true and correct copy of an email I received from YouTube on July 29, 2021 with the subject line "YouTube Copyright Complaint Submission," confirming my submission of a DMCA takedown notice for the video at the at a URL identified in the email and showing the information I provided in the submitted initial takedown request webform. On August 6, 2021, I received an email from YouTube confirming the removal of the video referenced in Exhibit 5.

8. Attached as **Exhibit 6** is a true and correct copy of an email I received from YouTube on July 30, 2021 with the subject line "YouTube Copyright Complaint Submission," confirming my submission of a DMCA takedown notice for the video at the at a URL identified in the email and showing the information I provided in the submitted initial takedown request webform. On August 11, 2021, I received an email from YouTube confirming the removal of the video referenced in Exhibit 6.

9. Attached as **Exhibit 7** is a true and correct copy of an email I received from YouTube on July 28, 2021 with the subject line "YouTube Copyright Complaint Submission," confirming my submission of a DMCA takedown notice for the video at the URL identified in the email and showing the information I provided in the submitted initial takedown request webform. On July 30, 2021, I received an email from YouTube confirming the removal of the video referenced in Exhibit 7.

10. Attached as **Exhibit 8** is a true and correct copy of an email I received from YouTube on July 28, 2021 with the subject line "YouTube Copyright Complaint Submission," confirming my submission of a DMCA takedown notice for the video at the at a URL identified in the email and showing the information I provided in the submitted initial takedown request webform. On July 30, 2021, I received an email from YouTube confirming the removal of the video referenced in Exhibit 8.

11. Attached as **Exhibit 9** is a true and correct copy of an email I received from YouTube on August 2, 2021 with the subject line "YouTube Copyright Complaint Submission," confirming my submission of a DMCA takedown notice for the video at the at a URL identified in the email and showing the information I provided in the submitted initial takedown request webform. On August 11, 2021, I received an email from YouTube confirming the removal of the video referenced in Exhibit 9.

12. Moonbug Entertainment Limited also sent three letters to YouTube with its DMCA notices, as referenced in ¶ 34 of the Counterclaims.

13. The first such letter was sent on July 20, 2021 by my colleague and is described in my previous declaration at Dkt. No. 28 ¶ 19 and attached to that declaration at Dkt. No. 28-17.

14. Attached as **Exhibit 10** is a true and correct copy of a July 21, 2021 follow-up letter my colleague sent to YouTube with of Moonbug's DMCA notices.

15. Attached as **Exhibit 11** is a true and correct copy of an August 20, 2021 follow-up letter my colleague sent to YouTube with Moonbug's DMCA notices.

16. Attached as **Exhibit 12** is a true and correct copy of an email chain where the top email in the chain was sent by me to YouTube on August 25, 2021 regarding the DMCA notice that is the subject of Exhibit 8 to this declaration. The Complaint (Dkt. No. 1) was attached to this email.

17. Attached as **Exhibit 13** is a true and correct copy of an email chain where the top email in the chain was sent by me to YouTube on August 25, 2021 regarding the DMCA notice that is the subject of Exhibit 8 to this declaration. A zip file containing Exhibits 1 through 8 to

the Complaint (Dkt. Nos. 1-1 to 1-8) and the letter attached to this declaration as Exhibit 11 were attached to this email.

### YouTube's DMCA Notice Policies

18. Attached as **Exhibit 14** is a true and correct copy of a document on YouTube's publicly available YouTube Help webpage titled "Requirements for copyright infringement notifications: Videos," available at https://support.google.com/youtube/answer/6005900?hl=en.

I declare penalty of perjury that the foregoing is true and correct. Executed on October 19, 2021.

                                                      */s/ Ciara McHale*
                                                      Ciara McHale