1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2     Margret Caruso (Bar No. 243473)
3  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
4  Telephone: (650) 801-5000
   Fax:       (650) 801-5100
5  margretcaruso@quinnemanuel.com

6     Sam S. Stake (Bar No. 257916)
   50 California Street, 22nd Floor
7  San Francisco, California 94111
   Telephone: (415) 875-6600
8  Facsimile: (415) 875-6700
9  samstake@quinnemanuel.com

10 Attorneys for Defendant/Counter-Plaintiff
   BABYBUS (FUJIAN) NETWORK
11 TECHNOLOGY CO., LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD, <br><br> Defendant. | CASE NO. 4:21-CV-06536-EMC <br><br> **BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD'S OPPOSITION TO MOONBUG ENTERTAINMENT LIMITED AND TREASURE STUDIO INC.'S MOTION TO DISMISS** <br><br> Hearing Date: November 30, 2021 <br> Hearing Time: 10:00 AM <br> Hearing Location: 5, 17th Floor <br><br> Judge: Honorable Edward M. Chen |
| BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD, <br><br> Counter-Plaintiff, <br><br> v. <br><br> MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., <br><br> Counter-Defendants. | |

Defendant and Counterclaimant BabyBus (Fujian) Network Technology Co. Ltd. ("BabyBus") will be timely filing amended counterclaims on November 9, 2021—21 days following service of plaintiffs' October 19, 2021, motion to dismiss, and within the period Rule 15 allows for amendments of right. *See* Fed. R. Civ. P. 15 ("A party may amend its pleading once as a matter of course within … 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."). BabyBus's filing of amended counterclaims will moot plaintiffs' motion to dismiss. *See, e.g., Cisco Sys., Inc. v. Dexon Computer, Inc.*, 2021 WL 2207343, at *1 n. 2 (N.D. Cal. June 1, 2021) ("The Court denies Dexon's motion to dismiss the original complaint as moot based on the filing of the amended complaint."); *see also Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1009 (9th Cir. 2015) ("Because the timely filed Second Amended Complaint mooted the motion to dismiss, we reverse the district court's grant of Defendants' motion to dismiss the superseded First Amended Complaint and the resulting dismissal of the Plaintiff's case."). Accordingly, once BabyBus's amended counterclaims are filed on November 9, plaintiffs' pending motion to dismiss should be denied as moot.

DATED: November 2, 2021    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    */s/ Sam S. Stake*
Margret Caruso (Bar No. 243473)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Fax:    (650) 801-5100
margretcaruso@quinnemanuel.com

Sam S. Stake (Bar No. 257916)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700
samstake@quinnemanuel.com

Attorneys for Defendant/Counter-Plaintiff
BABYBUS (FUJIAN) NETWORK
TECHNOLOGY CO., LTD