# **EXHIBIT 1**

## **EXHIBIT 1 – List of Defendant's Infringing Super JoJo Channels**

1. Super JoJo – Nursery Rhymes
   https://www.youtube.com/channel/UCHN9P-CQVBQ1ba8o1NQJVCA

2. Super JoJo - 童謡と子供の歌:
   https://www.youtube.com/channel/UCt4LjoWsPOLYiJ-fDXJUbZg

3. Super JoJo-인기동요:
   https://www.youtube.com/channel/UC4UwhQlDxc0OJHOZSIHEWMg

4. Super JoJo - Canciones Infantiles:
   https://www.youtube.com/channel/UCX3nQH31gPIk4RIAG_b38Vg

5. Super JoJo-中文兒歌・卡通動畫:
   https://www.youtube.com/channel/UCxQ2FGm0lVOOQQ_DCNKQufg

6. أغاني أطفال - Super JoJo:
   https://www.youtube.com/channel/UC4sca1B8CEZ7aFLNzPOJ2Mg

7. Super JoJo - Nhạc thiếu nhi Việt Nam:
   https://www.youtube.com/channel/UCl2yqeDZUM1f8_sC_aEPYKw

8. Super JoJo Bahasa Indonesia - Lagu Anak:
   https://www.youtube.com/channel/UC_S8TNffRECCdqdrmYlNejw

9. O Canal do Jojozinho - Super JoJo Português:
   https://www.youtube.com/channel/UCc1AyJPKHuyLaTIjXhKy5WA

10. Super JoJo - Hindi Nursery Rhymes:
    https://www.youtube.com/channel/UCcmqzh5SKwFImxbisYM6ljA

11. Super JoJo - Детские песенки:
    https://www.youtube.com/channel/UCxAfx8ml33AGxr_yFFmT0-g

12. Super JoJo – เพลงเด็ก:

    https://www.youtube.com/channel/UC8ZAuD5fr_ZUkgAjt3znwtQ

13. JoJo English - Family Playroom:

    https://www.youtube.com/channel/UCJzcBX9R38KVkH7sWUn5apA

EXHIBIT 1                                                                                                                                                   1