# EXHIBIT 2

EXHIBIT 2 - Defendant's Infringement: "The Boo Boo Song"



EXHIBIT 2

**CoComelon "The Boo Boo Song"**
https://www.youtube.com/watch?v=3YltYCrPZos

**Infringing Super JoJo "The Boo Boo Song"**
Previously available at
https://www.youtube.com/watch?v=qQY1sn9iSME



EXHIBIT 2

2

# CoComelon "The Boo Boo Song"
https://www.youtube.com/watch?v=3YltYCrPZos



There, there, baby, it's okay

0:43 / 3:50



I'll know it hurts, wipe your tears away

0:00 / 2:50

# Infringing Super JoJo "The Boo Boo Song"
Previously available at
https://www.youtube.com/watch?v=qQY1sn9iSME



Come here

SUPER JoJo

0:27 / 2:53



Sweetie

SUPER JoJo

0:29 / 2:53

3

EXHIBIT 2

**CoComelon "The Boo Boo Song"**
https://www.youtube.com/watch?v=3YltYCrPZos

**Infringing Super JoJo "The Boo Boo Song"**
Previously available at
https://www.youtube.com/watch?v=qQY1sn9iSME

Lyrics: "A bandage and a kiss just right will help your boo boo feel alright."

Lyrics: "A bandage and a kiss will make your boo boo better."

EXHIBIT 2

4



EXHIBIT 2

**CoComelon "The Boo Boo Song"**
https://www.youtube.com/watch?v=3YltYCrPZos

**Infringing Super JoJo "The Boo Boo Song"**
Previously available at
https://www.youtube.com/watch?v=qQY1sn9iSME

6

EXHIBIT 2

CoComelon "The Boo Boo Song"
https://www.youtube.com/watch?v=3YltYCrPZos

Infringing Super JoJo "The Boo Boo Song"
Previously available at
https://www.youtube.com/watch?v=qQY1sn9iSME

Audible "OW!"

Audible "OW!"

EXHIBIT 2

7



EXHIBIT 2

**CoComelon "The Boo Boo Song"**
https://www.youtube.com/watch?v=3YltYCrPZos

**Infringing Super JoJo "The Boo Boo Song"**
Previously available at
https://www.youtube.com/watch?v=qQY1sn9iSME

9

EXHIBIT 2



EXHIBIT 2

**CoComelon "The Boo Boo Song"**
https://www.youtube.com/watch?v=3YltYCrPZos

**Infringing Super JoJo "The Boo Boo Song"**
Previously available at
https://www.youtube.com/watch?v=qQY1sn9iSME

11

EXHIBIT 2



EXHIBIT 2



CoComelon "The Boo Boo Song"
https://www.youtube.com/watch?v=3YltYCrPZos

Infringing Super JoJo "The Boo Boo Song"
Previously available at
https://www.youtube.com/watch?v=qQY1sn9iSME

13

EXHIBIT 2



14

EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



**CoComelon "The Boo Boo Song"**
https://www.youtube.com/watch?v=3YItYCrPZos

**Infringing Super JoJo "The Boo Boo Song"**
Previously available at
https://www.youtube.com/watch?v=qQY1sn9iSME

19

EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



**Infringing Super JoJo "The Boo Boo Song"**
Previously available at
https://www.youtube.com/watch?v=qQY1sn9iSME

**CoComelon "The Boo Boo Song"**
https://www.youtube.com/watch?v=3YltYCrPZos

24

EXHIBIT 2