# EXHIBIT 3

**EXHIBIT 3 – Defendant's Infringement: "Yes Yes Vegetables Song"**

**CoComelon "Yes Yes Vegetables Song"**
https://www.youtube.com/watch?v=ohHYABXMgUQ

**Infringing Super JoJo "Yes Yes Vegetables Song"**
Previously available at
https://www.youtube.com/watch?v=Qw6PKaGbfqk



EXHIBIT 3

1



EXHIBIT 3



EXHIBIT 3



| CoComelon "Yes Yes Vegetables Song" | Infringing Super JoJo "Yes Yes Vegetables Song" |
|---|---|
| https://www.youtube.com/watch?v=ohHYABXMqUQ | Previously available at https://www.youtube.com/watch?v=Qw6PKaGbfqk |

Yes, yes, yes, I want to eat my peas!

They are green peas

Baby drops pea off of fork twice.

Baby drops pea off of fork twice.

EXHIBIT 3



EXHIBIT 3

| CoComelon "Yes Yes Vegetables Song" https://www.youtube.com/watch?v=ohHYABXMqUQ | Infringing Super JoJo "Yes Yes Vegetables Song" Previously available at https://www.youtube.com/watch?v=Qw6PKaGbfqk |
|---|---|
| Mom taps mouth of stuffed animal three times with peas. | Mom taps mouth of stuffed animal three times with peas. |
| Baby uses spoon to eat two bites of peas and smiles. | Baby uses spoon to eat two bites of peas and smiles. |

6

EXHIBIT 3

**CoComelon "Yes Yes Vegetables Song"**
https://www.youtube.com/watch?v=ohHYABXMqUQ

**Infringing Super JoJo "Yes Yes Vegetables Song"**
Previously available at
https://www.youtube.com/watch?v=Qw6PKaGbfqk

7

EXHIBIT 3



**CoComelon "Yes Yes Vegetables Song"**
https://www.youtube.com/watch?v=ohHYABXMqUQ

**Infringing Super JoJo "Yes Yes Vegetables Song"**
Previously available at
https://www.youtube.com/watch?v=Qw6PKaGbfqk

EXHIBIT 3

9

**Infringing Super JoJo "Yes Yes Vegetables Song"**
Previously available at
https://www.youtube.com/watch?v=Qw6PKaGbfqk



**CoComelon "Yes Yes Vegetables Song"**
https://www.youtube.com/watch?v=ohHYABXMqUQ



EXHIBIT 3

**CoComelon "Yes Yes Vegetables Song"**
https://www.youtube.com/watch?v=ohHYABXMqUQ

**Infringing Super JoJo "Yes Yes Vegetables Song"**
Previously available at
https://www.youtube.com/watch?v=Qw6PKaGbfqk
(Super JoJo at 2:30)

Carrot-Eating Sequence (CoComelon at 00:57, Super JoJo at 00:57)






EXHIBIT 3

## CoComelon "Yes Yes Vegetables Song"
https://www.youtube.com/watch?v=ohHYABXMqUQ

## Infringing Super JoJo "Yes Yes Vegetables Song"
Previously available at
https://www.youtube.com/watch?v=Qw6PKaGbfqk






11

EXHIBIT 3



EXHIBIT 3



EXHIBIT 3



EXHIBIT 3



EXHIBIT 3



EXHIBIT 3



EXHIBIT 3



EXHIBIT 3