# EXHIBIT 4



EXHIBIT 4

**CoComelon, "The Colors Song (with Popsicles)"**
https://www.youtube.com/watch?v=RvgnuPL9x-s

**Infringing Super JoJo "Rainbow Ice Cream – Colors Song"**
Previously available at
https://www.youtube.com/watch?v=37mCmAIoCTw

EXHIBIT 4

2

**CoComelon, "The Colors Song (with Popsicles)"**
https://www.youtube.com/watch?v=RvgnuPL9x-s

**Infringing Super JoJo "Rainbow Ice Cream – Colors Song"**
Previously available at
https://www.youtube.com/watch?v=37mCmAIoCTw

**CoComelon, "The Colors Song (with Popsicles)"**
https://www.youtube.com/watch?v=RvgnuPL9x-s

**Infringing Super JoJo "Rainbow Ice Cream – Colors Song"**
Previously available at
https://www.youtube.com/watch?v=37mCmAIoCTw

**CoComelon, "The Colors Song (with Popsicles)"**
https://www.youtube.com/watch?v=RvgnuPL9x-s

**Infringing Super JoJo "Rainbow Ice Cream – Colors Song"**
Previously available at
https://www.youtube.com/watch?v=37mCmAIoCTw

**CoComelon, "The Colors Song (with Popsicles)"**
https://www.youtube.com/watch?v=RvgnuPL9x-s

**Infringing Super JoJo "Rainbow Ice Cream – Colors Song"**
Previously available at
https://www.youtube.com/watch?v=37mCmAIoCTw

**CoComelon, "The Colors Song (with Popsicles)"**
https://www.youtube.com/watch?v=RvgnuPL9x-s

**Infringing Super JoJo "Rainbow Ice Cream – Colors Song"**
Previously available at
https://www.youtube.com/watch?v=37mCmAIoCTw

EXHIBIT 4

7

CoComelon, "The Colors Song (with Popsicles)"
https://www.youtube.com/watch?v=RvgnuPL9x-s

Infringing Super JoJo "Rainbow Ice Cream – Colors Song"
Previously available at
https://www.youtube.com/watch?v=37mCmAIoCTw

EXHIBIT 4

**CoComelon, "The Colors Song (with Popsicles)"**
https://www.youtube.com/watch?v=RvgnuPL9x-s

**Infringing Super JoJo "Rainbow Ice Cream – Colors Song"**
Previously available at
https://www.youtube.com/watch?v=37mCmAIoCTw

**CoComelon, "The Colors Song (with Popsicles)"**
https://www.youtube.com/watch?v=RvgnuPL9x-s

**Infringing Super JoJo "Rainbow Ice Cream – Colors Song"**
Previously available at
https://www.youtube.com/watch?v=37mCmAIoCTw

**Infringing Super JoJo "Rainbow Ice Cream – Colors Song"**
Previously available at
https://www.youtube.com/watch?v=37mCmAIoCTw

**CoComelon, "The Colors Song (with Popsicles)"**
https://www.youtube.com/watch?v=RvgnuPL9x-s

11

EXHIBIT 4

**CoComelon, "The Colors Song (with Popsicles)"**
https://www.youtube.com/watch?v=RvgnuPL9x-s

**Infringing Super JoJo "Rainbow Ice Cream – Colors Song"**
Previously available at
https://www.youtube.com/watch?v=37mCmAIoCTw

12

EXHIBIT 4

**CoComelon, "The Colors Song (with Popsicles)"**
https://www.youtube.com/watch?v=RvgnuPL9x-s

**Infringing Super JoJo "Rainbow Ice Cream – Colors Song"**
Previously available at
https://www.youtube.com/watch?v=37mCmAIoCTw

13

EXHIBIT 4

| CoComelon, "The Colors Song (with Popsicles)" https://www.youtube.com/watch?v=RvgnuPL9x-s | Infringing Super JoJo "Rainbow Ice Cream – Colors Song" Previously available at https://www.youtube.com/watch?v=37mCmAIoCTw |
|---|---|
| YELLOW | Yellow |
| GREEN | Green |

14

EXHIBIT 4

