# EXHIBIT 5

**EXHIBIT 5 – Super JoJo's Infringement: "Bath Song"**

| CoComelon, "Bath Song" https://www.youtube.com/watch?v=WRVsOCh907o | Infringing Super JoJo "Bath Song" Previously available at https://www.youtube.com/watch?v=RLvBYzIc8IM |
|---|---|

EXHIBIT 5

1

**Infringing Super JoJo "Bath Song"**
**Previously available at**
https://www.youtube.com/watch?v=RLvBYzIc8IM

**CoComelon, "Bath Song"**
https://www.youtube.com/watch?v=WRVsOCh907o

EXHIBIT 5

2

**CoComelon, "Bath Song"**
https://www.youtube.com/watch?v=WRVsOCh907o

**Infringing Super JoJo "Bath Song"**
**Previously available at**
https://www.youtube.com/watch?v=RLvBYzIc8IM

3

EXHIBIT 5