# EXHIBIT 6



EXHIBIT 6 - Defendant's Infringement: "Car Wash Song"

Infringing Super JoJo "Car Wash Song"
Previously available at
https://www.youtube.com/watch?v=g7zXyRMTDgY

CoComelon "Car Wash Song"
https://www.youtube.com/watch?v=ABEVNHqmbJ4

1

EXHIBIT 6

**Infringing Super JoJo "Car Wash Song"**
Previously available at
https://www.youtube.com/watch?v=g7zXyRMTDgY

**CoComelon "Car Wash Song"**
https://www.youtube.com/watch?v=ABEVNHqmbJ4



2

EXHIBIT 6

**Infringing Super JoJo "Car Wash Song"**
Previously available at
https://www.youtube.com/watch?v=g7zXyRMTDgY

**CoComelon "Car Wash Song"**
https://www.youtube.com/watch?v=ABEVNHqmbJ4



3

EXHIBIT 6

## CoComelon "Car Wash Song"
https://www.youtube.com/watch?v=ABEVNHqmbJ4

## Infringing Super JoJo "Car Wash Song"
Previously available at
https://www.youtube.com/watch?v=g7zXyRMTDgY

4

EXHIBIT 6

**Infringing Super JoJo "Car Wash Song"**
Previously available at
https://www.youtube.com/watch?v=g7zXyRMTDgY



**CoComelon "Car Wash Song"**
https://www.youtube.com/watch?v=ABEVNHqmbJ4



5

EXHIBIT 6