QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Margret Caruso (Bar No. 243473)
  Michael LaFond (Bar No. 303131)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Fax:            (650) 801-5100
margretcaruso@quinnemanuel.com
michaellafond@quinnemanuel.com

  Sam S. Stake (Bar No. 257916)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700
samstake@quinnemanuel.com

Attorneys for Defendants
BABYBUS CO., LTD.
BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BABYBUS CO., LTD and BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD, <br><br> Defendant. | Case No: 3:21-cv-06536-EMC <br><br> **[PROPOSED] ORDER GRANTING MOTION PURSUANT TO CIVIL L.R. 7-11 TO SEAL DEFENDANTS' CONFIDENTIAL INFORMATION CONTAINED IN PLAINTIFFS' EXPERT REPORTS AND TO RESTRICT ACCESS TO ECF NO. 153** <br><br> Complaint Filed:    August 24, 2021 <br> Trial:                     April 3, 2023 |

Now before the Court is Defendants BabyBus Co. Ltd.'s and BabyBus (Fujian) Network Technology Co. Ltd.'s (collectively "BabyBus's") Motion Pursuant to Civil L.R. 7-11 to Seal Defendants' Confidential Information Contained in Plaintiffs' Expert Reports and to Restrict Access to ECF No. 153. Through its motion, BabyBus seeks leave to file additional portions of the the October 25, 2022, Expert Reports of Fran Krause and Jennifer Vanderhart (hereafter the "Expert Reports") under seal, because those portions reveal confidential information that belongs to BabyBus and is competitively sensitive. The portions of the Expert Reports sought to be sealed by BabyBus are intended to be sealed alongside the portions already ordered sealed on November 15, 2022. *See* Dkt. 152. Additionally, BabyBus' motion seeks an order to seal docket entry ("ECF") No. 153, which currently contains unsealed copies of the Expert Reports which contain confidential BabyBus information.

Having considered BabyBus' motion, the supporting declaration, and other materials filed on the Court's docket, and good cause having been shown, the Court hereby GRANTS BabyBus' motion. BabyBus is hereby granted leave to file the following portions of the following documents under deal.

| Document | Portion to be Filed Under Seal | Reason | Result |
| --- | --- | --- | --- |
| Redacted version of the October 25, 2022, Expert Report of Fran Krause, as filed on November 15, 2022 | The highlighted portions | The documents and information referenced in these portions and exhibits represents material that BabyBus has designated "Highly Confidential – Attorneys' Eyes Only" under the operative protective order | GRANTED; BabyBus may file the highlighted portions under seal |
| Redacted version of the October 25, 2022, Expert Report of Jennifer Vanderhart, as filed on November 15, 2022 | The highlighted portions | The documents and information referenced in these portions and exhibits represents material that BabyBus has designated "Highly Confidential – Attorneys' Eyes Only" under the operative protective order | GRANTED; BabyBus may file the highlighted portions under seal |

Additionally, the documents filed at ECF No. 153 are hereby ORDERED TO BE SEALED. The clerk is directed to seal that docket entry so that it is no longer accessible to the public.

**IT IS SO ORDERED.**

DATED: November 17, 2022

_____
Honorable Edward M. Chen
United States District Judge