| | |
|---|---|
| JENNIFER KELLY (CSB No. 193416)<br>jennifer@tyzlaw.com<br>RYAN TYZ (CSB No. 234895)<br>ryan@tyzlaw.com<br>ERIN JONES (CSB No. 252947)<br>ejones@tyzlaw.com<br>DEBORAH HEDLEY (CSB No. 276826)<br>dhedley@tyzlaw.com<br>CIARA MCHALE (CSB No. 293308)<br>ciara@tyzlaw.com<br>SEAN APPLE (CSB No. 305692)<br>sapple@tyzlaw.com<br>CHIEH TUNG (CSB No. 318963)<br>chieh@tyzlaw.com<br>TYZ LAW GROUP PC<br>4 Embarcadero Center, 14th Floor<br>San Francisco, CA 94111<br>Telephone: 415.868.6900<br><br>Attorneys for Plaintiffs<br>Moonbug Entertainment Limited and Treasure Studio, Inc. | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Margret Caruso (Bar No. 243473)<br>Michael LaFond (Bar No. 303131)<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:   (650) 801-5000<br>Fax:              (650) 801-5100<br>margretcaruso@quinnemanuel.com<br>michaellafond@quinnemanuel.com<br><br>Sam S. Stake (Bar No. 257916)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:   (415) 875-6600<br>Facsimile:   (415) 875-6700<br>samstake@quinnemanuel.com<br><br>Attorneys for Defendants<br>BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD and BabyBus Co., Ltd |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BABYBUS CO., LTD and BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD,<br><br>　　　　　　Defendants. | Case No: 3:21-cv-06536-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE** |

1    The parties, by and through counsel of record and pursuant to Local Rule 7-12, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs Moonbug Entertainment Limited and Treasure Studio, Inc. filed the Complaint in the above-captioned matter on August 24, 2021;

WHEREAS, on December 17, 2021, the Court entered a Case Management and Pretrial Order for Jury Trial (Dkt. No. 49) that set this case for trial on April 3, 2023, and set intermediate case deadlines;

WHEREAS, on November 7, 2022, the Court entered an Order (Dkt. No. 147) setting December 2, 2022 as the deadline for non-damages expert depositions, and December 7, 2022 as the deadline to file dispositive motions;

WHEREAS, on November 29, 2022, the Court entered an Order (Dkt. No. 159) setting December 7, 2022 as the deadline for non-damages expert depositions;

WHEREAS, the Parties have agreed to a one-day extension of the deadline to take non-damages expert depositions, to accommodate Plaintiffs' lead counsel's illness and to allow the completion of the deposition of Defendants' non-damages expert Dr. Ellen Seiter.  The extension will not disturb the current final pretrial conference and trial date, and the Parties' stipulation and agreement to the date below are made on the basis and with the understanding that current final pretrial conference and trial date will remain and not change.

Accordingly, **IT IS HEREBY STIPULATED** by the parties through their respective counsel, subject to the approval of the Court, that the following case deadlines should be set as follows:

| Event | Current Date (Dkt. No. 147) | Proposed Date |
|---|---|---|
| Deadline for Non-Damages Expert Depositions | 12/7/2022 | 12/8/2022 |

Dated: December 6, 2022                              TYZ LAW GROUP PC

                                                     /s/Ryan Tyz
                                                     Ryan Tyz

                                                     *Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 1 | | *Moonbug Entertainment Limited and Treasure Studio, Inc.* |
| 2 | | |
| 3 | Dated:  December 6, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 4 | | |
| 5 | | */s/Elinor Sutton*<br>Elinor Sutton |
| 6 | | |
| 7 | | *Attorneys for Defendants*<br>*BabyBus Co. Ltd. and BabyBus (Fujian)*<br>*Network Technology Co., Ltd* |
| 8 | | |

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Ryan Tyz, attest that concurrence in the filing of this Joint Stipulation And [Proposed] Order Re Case Schedule has been obtained from the other signatory.  I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 6, 2022.

*/s/Ryan Tyz*
Ryan Tyz

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION**, the following case deadlines are set as follows:

| Event | Date |
|---|---|
| Deadline for Non-Damages Expert Depositions | 12/8/2022 |

**IT IS SO ORDERED.**

Dated: December 7, 2022



_____
Honorable Edward M. Chen
United States District Judge