JENNIFER KELLY (CSB No. 193416)
jennifer@tyzlaw.com
RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
ERIN JONES (CSB No. 252947)
ejones@tyzlaw.com
DEBORAH HEDLEY (CSB No. 276826)
deborah@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
SEAN APPLE (CSB No. 305692)
sapple@tyzlaw.com
CHIEH TUNG (CSB No. 318963)
chieh@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Plaintiffs
Moonbug Entertainment Limited and
Treasure Studio, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BABYBUS CO., LTD and BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD, <br><br> Defendants. | Case No: 3:21-cv-06536-EMC <br><br> **DECLARATION OF ALFRED CHUBB** |

I, Alfred Chubb, hereby declare as follows:

1. I am the Vice President of Corporate Development for Moonbug Entertainment Limited ("Moonbug"). I have personal knowledge of the facts set forth in this declaration, and if called to testify, I could and would testify competently and under oath to the same.

2. I led Moonbug's acquisition of CoComelon in 2020. CoComelon is an award-winning animation show made for a preschool audience and is one of the most popular preschool series in the world. CoComelon's YouTube channel currently has approximately 149 million subscribers and is not only the most watched channel on the platform in the United States, but the second-most watched channel on YouTube in the world, and the most watched children's channel on YouTube in the world. The series is also available across a number of different platforms and streaming services, including Netflix, Cartoon Network, Roku, Hulu, Peacock, AppleTV and Amazon. CoComelon episodes feature a loveable cast of characters led by baby "JJ" and his supportive and cheerful family, composed of JJ's mother, father, older sister, older brother, and their dog named "Bingo."

3. I also write concerning an intercompany agreement, dated May 21, 2021, between Moonbug and Treasure Studio, Inc. (the "Intercompany Agreement"), which was produced in this litigation as MB277632. MB277632 is marked Highly Confidential – Attorneys' Eyes Only pursuant to the parties' stipulated protective order because it contains confidential and sensitive business information which cannot be protected through less restrictive means.

4. Recognizing the need for confidentiality of this agreement, the parties included language in it that stated: "The terms of this Agreement are private and confidential between the Parties and should not be disclosed to any third party (other than each Party's professional advisers), without the consent of the other Party."

5. The Intercompany Agreement contains Moonbug's confidential information regarding Moonbug's acquisition techniques and business practices, which Moonbug vigorously protects from public disclosure. Moonbug views this information as confidential and sensitive, has not made it public, and the disclosure of this information is likely to result in a competitive or commercial disadvantage to Moonbug. Further, the business decisions expressed in the

Intercompany Agreement reflect the confidential research and business strategies of Moonbug. If this document were to be made public, Moonbug's competitors are likely to use this information to gain a competitive advantage over Moonbug, including because they are likely to gain insight into Moonbug's commercial strategies. Disclosure of this agreement would also undermine Moonbug's bargaining position in future acquisitions of content creators. There is no less restrictive means to protect this document, other than by sealing, because its disclosure would create the business risks outlined above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 8, 2022 in London, England.

_/s/ Alfred Chubb_
Alfred Chubb