

JENNIFER KELLY | Partner
700 Larkspur Landing Cir.
Suite 285
Larkspur, CA 94939
(415) 613-5899
jennifer@tyzlaw.com

July 20, 2021

**VIA EMAIL**

**Super JoJo Legal Department**
**superjojoenglish@gmail.com**
**linjiahui@babybus.com**

Dear Super JoJo Legal Department:

This law firm represents Moonbug Entertainment Limited ("Moonbug"), the global entertainment company that owns, produces, and publishes CoComelon, including the CoComelon Nursery Rhymes YouTube Channel ("CoComelon"). I write to provide notice to Super JoJo of the enclosed letter and exhibits submitted to YouTube regarding Super JoJo's willful infringement of Moonbug's intellectual property rights in CoComelon. Moonbug hereby demands that Super JoJo immediately cease and desist all infringement of Moonbug's intellectual property as set forth in that letter and exhibits.

Nothing contained in this letter constitutes an express or implied waiver of any rights, remedies, or defenses of Moonbug, all of which are expressly reserved.

Sincerely,

Tyz Law Group PC

Jennifer L. Kelly



JENNIFER KELLY | Partner
700 Larkspur Landing Cir.
Suite 285
Larkspur, CA 94939
(415) 613-5899
jennifer@tyzlaw.com

July 20, 2021

**VIA EMAIL (copyright@youtube.com)**

Legal Department
YouTube (Google LLC)
901 Cherry Ave.
San Bruno, CA 94066
USA

Re:     DMCA Notice and Takedown Request re Super JoJo YouTube Channels

Dear YouTube Legal Department:

This law firm represents Moonbug Entertainment Limited ("Moonbug"), the global entertainment company that owns, produces, and publishes CoComelon, including the CoComelon Nursery Rhymes YouTube Channel ("CoComelon").[1] CoComelon is today ranked the #1 Kids YouTube channel and the #1 YouTube educational channel.[2] CoComelon's hard work developing its signature characters, colorful animations and unique plots and storylines have resonated with fans worldwide, propelling CoComelon to great success and garnering tremendous goodwill among audiences. It enjoys 113 million subscribers and its videos have been viewed over one hundred billion times on YouTube.[3]

Super JoJo's copy-cat YouTube channel[4] willfully infringes Moonbug's intellectual property rights in CoComelon. The striking similarity of Super JoJo's channel to CoComelon's – including replicated video characters, settings, song titles, lyrics, videos and images, among other things – is without a doubt the product of deliberate copying. Super JoJo shamelessly tries to freeride on CoComelon's success by closely copying and exploiting every possible element of the CoComelon channel. Indeed, CoComelon fans

---

[1] Moonbug owns all rights in CoComelon directly or through its subsidiary, Treasure Studio, Inc.

[2] Moonbug's CoComelon channel: https://www.youtube.com/c/CoComelon/featured; *see* Top 100 YouTubers made-for-kids Channels, Social Blade Stats, https://socialblade.com/youtube/top/category/made-for-kids (last accessed July 14, 2021); CoComelon – Nursery Rhyme's YouTube Stats (Summary Profile), Social Blade Stats, https://socialblade.com/youtube/c/cocomelon (last accessed July 14, 2021).

[3] *See* "About" page of Moonbug's CoComelon channel: https://www.youtube.com/c/CoComelon/about.

[4] Infringing Super JoJo channel: https://www.youtube.com/channel/UCHN9P-CQVBQ1ba8o1NQJVCA/featured (main channel); *see also* "Channels" tab, listing additional Super JoJo channels in various languages.

YouTube Legal Department                                              Page 2
July 20, 2021

remark with amazement how pervasively "Super JoJo rips off CoComelon!! Sometimes even frame by frame!"[5]

This copying constitutes willful copyright infringement under Section 501 of the United States Copyright Act, and trade dress infringement under Section 43(a) of the Lanham Act. Thus, I write, under Section 512 of the Digital Millennium Copyright Act, to request that YouTube take down the Super JoJo YouTube account and all of its videos, channels and other content.  These channels are listed in **Exhibit 1** to this letter.

In parallel with this letter, our firm is submitting takedown requests for dozens of infringing Super JoJo videos through YouTube's designated takedown request submission webform. These videos are listed in **Exhibit 2**.  Under YouTube's copyright rules and policies, these takedowns alone subject Super JoJo to three strikes, requiring termination of Super JoJo's YouTube account and all of its channels, which we ask YouTube to take down in their entirety immediately.

### I.  <u>Super JoJo's Channels Infringe Moonbug's Copyrights in CoComelon</u>

Moonbug owns extensive copyrights in connection with CoComelon.  These rights include, without limitation, copyrights in the characters of the CoComelon universe and in hundreds of original CoComelon videos and images made available on YouTube and elsewhere (collectively, the "CoComelon Works").  Dozens of these copyrights have been registered with the United States Copyright Office.  Super JoJo's channels, and the videos in them, willfully infringe these rights as illustrated by the following non-exhaustive compilation of examples.   Super JoJo's account and channels must be taken down to bring this infringement to an end.

### A.  Super JoJo Copies the CoComelon Characters

Substantial similarities between Super JoJo and CoComelon are immediately apparent just from observing their main characters.

Super JoJo's main character, baby JoJo, is an illegal copy of CoComelon's character baby JJ.  As shown in the figures below, JoJo copies distinctive, persistent and recognizable physical features of CoComelon's baby JJ, including the character's large rounded square head, the monolithic, monocolor tuft of hair above his forehead, thin rounded eyebrows, extra-large eyes with large irises and pupils, a button nose with no bridge, two front teeth, thin lips on a mouth mainly fashioned into a half moon smile, and a comparatively small body below, generally clothed in a yellow and turquoise pajama onesie at home or other bright, decorated clothing for school or play.  Both characters are rendered in images and videos using the same style of 3-D animation and depicted in similar bright, saturated colors. Moonbug has multiple United States copyrights on the visual image of JJ, including U.S. Copyright No. VAu001322038 (Unpublished Family Characters 2017), granted

---

[5] *See, e.g.*, https://www.mumsnet.com/Talk/am_i_being_unreasonable/3937765-super-jojo-vs-cocomelon (last accessed July 14, 2021).

YouTube Legal Department                                             Page 3
July 20, 2021

November 15, 2017, and U.S. Copyright No. VAu001379978 (JJ), granted November 12, 2019.[6]



| CoComelon baby JJ Character | Infringing Super JoJo baby JoJo Character |
|---|---|

Although Super JoJo resculpted the character's hair shape slightly, tweaked the colors of his eyes and eyebrows, and changed the pattern of his clothes, these trifling alterations do not dispel the substantial similarities between these characters.

Super JoJo's main character also copies JJ's distinctive conceptual qualities. As shown in the various videos, both are happy, positive, eager and curious boys, phenomenally open to learning things and helping others, and easily coaxed through any less-than-upbeat emotions in the time it takes to sing an instructive song. Each boy has a wonderfully loving and helpful older brother and sister always willing to help, teach and play with him, though he sometimes struggles to keep up. Each boy exhibits a mix of qualities suggesting both a baby and an older child. For example, although they both gurgle, laugh, and clap their hands like babies, and are fed in a high hair, JJ and JoJo both attend school and sing songs with the same linguistic skill as the older characters. All of these conceptual characteristics of CoComelon's well-known JJ character are reproduced precisely in Super JoJo's videos. Super JoJo copies CoComelon's main character right down to his name, adding a couple

---

[6] The characters of baby JJ and his family were introduced on YouTube in 2017.

YouTube Legal Department                                          Page 4
July 20, 2021

of o's to change "baby JJ" to "baby JoJo."

Super JoJo also misappropriates the characters of the main character's family.  Like CoComelon's JJ, JoJo has a family consisting of mother, father, older sister and older brother.  Both families have a dog named Bingo.  As shown below, the physical animations of the characters are strikingly similar, with similar face and body shapes, similar eyes, lips, bridgeless noses and other facial features, and the same type of chunky hair and hairstyles.[7]  Super JoJo's trivial alterations of hair, eye color and clothing did nothing to meaningfully distinguish these characters.[8]



| CoComelon Family Characters | Infringing Super JoJo Family Characters |
|---|---|

Super JoJo's family is a conceptual copy of the CoComelon family too.  Both families are unflaggingly wholesome and idealistic, with parents that are rarely at work but omnipresent in the home and always available to play, dance, and patiently instruct the children in necessary life skills.  Each family also includes a cast of stuffed animals that come to life to dance and play with the family.[9]  Both sets of parents instruct the children by demonstrating desired behaviors using the stuffed animals (discussed below).

---

[7] Under his hat, the CoComelon brother character's hairstyle features a deep side part and sweeping bangs, both copied by Super JoJo.  *See, for example,* https://www.youtube.com/watch?v=ZzAm13KsBCc (Bath Song) at 0:13. Both sisters have a short pigtail atop their heads as shown in the figure here.

[8] Super JoJo made some minor tweaks to the physical animation of its Mother, Father, Brother and Sister characters in recent months, but these changes did not mitigate or extinguish the infringement described here.  First, the alterations to the family characters were minor at best, and the infringing main character, JoJo, was not meaningfully altered.  Second, the family characters continue to infringe the conceptual characteristics of the CoComelon family, as described here.  Third, Super JoJo maintains and continues to post videos with the older family animations whose infringement is detailed here.

[9] *See, e.g.,* https://www.youtube.com/watch?v=2KyKHPPOaL0 (Super JoJo dance number with anthropomorphized stuffed animals); https://www.youtube.com/watch?v=qXcMNBQnQMM at 1:39:10-1:40:27 (CoComelon family dance number with anthropomorphized stuffed animals).

YouTube Legal Department                                                Page 5
July 20, 2021

In its channels and videos, Super JoJo improperly misappropriates this distinct and recognizable collection of characters, both in their physical and conceptual elements. This character misappropriation infringes CoComelon's registered copyrights of visual images of the characters and videos featuring them. *See* U.S. Copyrights Nos. VAu001322038 (Unpublished Family Characters 2017), and U.S. Copyright No. VAu001319613 (Animal Characters 2017), both granted November 15, 2017.

### B.  Super JoJo Copies CoComelon's Original Thumbnail Art

Super JoJo's YouTube channels also display "thumbnail" images (teaser images that advertise the content of a particular video) that copy and infringe original thumbnail images created by CoComelon and used on the CoComelon channel. These images are themselves independently protectable CoComelon Works. Often, CoComelon's thumbnail images are visual artworks created separately from the accompanying video, and do <u>not</u> merely display an image taken from the corresponding video itself. In such cases, the similarity of Super JoJo's thumbnails thus shows that Super JoJo deliberately copied and duplicated the CoComelon thumbnail images, separately from and in addition to any copying of the source videos.

For a few illustrative examples, the thumbnail images for CoComelon's "Yes Yes Vegetables Song," "The Boo Boo Song," and "Bath Song" are shown below. These are images that do not appear as frames in the respective CoComelon videos. In each instance, Super JoJo has closely copied the thumbnail of the CoComelon video with an infringing image that does not appear in the Super JoJo video. Also shown below, where CoComelon created a new thumbnail for the song when it was added to a compilation, Super JoJo went ahead and copied those images too. For instance, Super JoJo copied the thumbnail for "Yes Yes Vegetable Song," depicting the baby eating a carrot with his hand—something that does not happen in the infringing video itself. And of all of the vegetables Super JoJo could have selected for both the video *and* the thumbnail, it chose to copy CoComelon's carrots. This striking similarity in look and feel of the thumbnails not only infringes Moonbug's copyrights but also infringes its trade dress rights in CoComelon.



| CoComelon Video Thumbnails | Infringing Super JoJo Video Thumbnails |
| --- | --- |
| Yes Yes Vegetables Song | Yes Yes Vegetables Song |

YouTube Legal Department                                              Page 6
July 20, 2021

| CoComelon Video Thumbnails | Infringing Super JoJo Video Thumbnails |
|---|---|
| Yes Yes Vegetables Song + More Nursery Rhymes & Kids Songs | Yes Yes Vegetables \| Kids Learn Colors + More Nursery Rhymes & Kids Songs |
| The Boo Boo Song | The Boo Boo Song |
| Boo Boo Song + More Nursery Rhymes & Kids Songs | The Boo Boo Song \| Baby Gets a Boo Boo + More Nursery Rhymes & Kids Songs |

YouTube Legal Department                                              Page 7
July 20, 2021



| CoComelon Video Thumbnails | Infringing Super JoJo Video Thumbnails |
|---|---|
| Bath Song | Bath Song |

A particularly egregious example of infringement is Super JoJo's thumbnail image for its video "Rainbow Ice Cream – Colors Song," a video that infringes CoComelon's "The Colors Song," as will be discussed further below. In both videos, the baby and his brother, sister, and mom find fruits of various colors to make a cold treat—in the CoComelon Work, rainbow popsicles, and in the Super JoJo video, colorful ice creams placed in separate containers. But even though Super JoJo's replacement of popsicles with ice cream is the main difference between the two otherwise nearly identical videos, Super JoJo's thumbnail for its infringing video depicts the kids eating *rainbow popsicles*, *not ice cream*. The rainbow popsicles are completely absent from Super JoJo's actual video. Instead, they are only a glaring vestige of Super JoJo's shameless copying of the CoComelon Work.



| CoComelon's "The Colors Song (with Popsicles)" | Infringing Super JoJo's "Rainbow Ice Cream – Colors Song" |
|---|---|
| https://www.youtube.com/c/CoComelon/videos (thumbnail image for https://www.youtube.com/watch?v=RvgnuPL9x-s) | https://www.youtube.com/channel/UCHN9P-CQVBQ1ba8o1NQJVCA/videos (thumbnail image for https://www.youtube.com/watch?v=37mCmAIoCTw) |

YouTube Legal Department                                          Page 8
July 20, 2021

### C. Super JoJo Copies CoComelon's "Yes Yes" and "No No" Series

Super JoJo's channel also coopts and infringes CoComelon's original series of "Yes Yes" and "No No" song videos. This series consists of several songs that include "Yes Yes" or "No No" in the titles and lyrics along with a particular activity or experience. In each video, the main CoComelon character, baby JJ, is encouraged to engage in the given activity or experience—*e.g.* eating his vegetables, getting ready for bed, or playing on the playground—with the help of his family and, often, his stuffed animal friends. Each video in the series employs the same CoComelon song melody paired with lyrics that follow a distinct pattern adapted to the particular events in that video. This series is original and unique to CoComelon, and United States Copyrights have been registered for most of the videos in the series. *See* **Exhibit 3**.

Super JoJo has produced several videos that improperly copy the titles and framework of CoComelon's "Yes Yes"/ "No No" Series. As shown in an illustrative list in **Exhibit 3**, Super JoJo has directly copied the titles and framework of many of these original CoComelon works. And like in the CoComelon series, Super JoJo adopts the same song melody for each video in its infringing series, pairing that melody with lyrics that follow a similar pattern adapted to the experience in the video.

Super JoJo's infringement of the series also includes copying in detail the plot, pacing, and sequence of events in many of these original CoComelon Works. For example, as shown below and in additional detail in **Exhibit 4,** Super JoJo's infringing "Yes Yes Vegetables Song" is a slavish, frame-by-frame duplication of the plot and events in CoComelon's "Yes Yes Vegetables Song."



| CoComelon's<br>"Yes Yes Vegetables Song"<br>(August 10, 2018) | Infringing Super JoJo's<br>"Yes Yes Vegetables Song"<br>(August 6, 2019) |
| --- | --- |
| https://www.youtube.com/watch?v=ohHYABXMqUQ at 0:49. | https://www.youtube.com/watch?v=Qw6PKaGbfqk at 2:14. |

As **Exhibit 4** catalogs, in both videos, the mother offers the baby a series of differently colored vegetables (including peas then carrots) to the baby in his highchair, coaxing the baby to eat each one in turn. For each vegetable offering, the two characters follow a substantially similar sequence, with at most trivial variations:

- the mom holds the vegetable, swinging it in her arms to offer them to the baby; the baby accepts the vegetable bowl and tries to eat the vegetable himself but drops it from his utensil or otherwise needs help eating it;

- the mom uses one of the baby's stuffed animals to help teach him to eat the vegetable;

- the baby successfully eats the vegetable by himself; and

- the baby shows the mom his empty vegetable bowl and the stuffed animal (with the mom's assistance) gives the baby a high five.

This is wholesale copying, not coincidence.

For another example, Super JoJo closely copies CoComelon's "Yes Yes Bedtime Song" in its own "Yes Yes Bedtime Song," shown below. In both videos, members of the baby's family persuade the baby to take various steps to get ready for bed. And in both videos, the family members use the baby's stuffed animals or other toys to show him the steps in his bedtime routine and encourage him to follow it. Indeed, as a first step in both videos, a relative uses a toy animal to coax the baby to brush his teeth, as shown below.



| CoComelon's "Yes Yes Bedtime Song" (October 12, 2018) | Infringing Super JoJo's "Yes Yes Bedtime Song" (December 1, 2019) |
| --- | --- |
| https://www.youtube.com/watch?v=vPwQ71gAxn4 at 0:42 | https://www.youtube.com/watch?v=_Wc1HCp_W5I at 0:37 |

Super JoJo similarly copies the plot, sequence of events, and pacing of other songs in the "Yes Yes" / "No No" series, including those songs identified in **Exhibit 3**. It is inconceivable that Super JoJo developed these highly specific titles, plots and sequences of events on its own. Rather, they were willfully copied from CoComelon's originals and infringe Moonbug's copyrights.

Because this aforementioned misconduct affects all of the Super JoJo channels and each of its videos in some way, Super JoJo's YouTube account should be terminated and its channels removed from YouTube under YouTube's policies and procedures.

## II. **Super JoJo's Videos Infringe Moonbug's Copyrights in CoComelon**

While Super JoJo's infringement of the CoComelon Works, including their characters, images, and style, permeates each of Super JoJo's thirteen YouTube channels, it is also plainly visible in individual videos. In each case, Super JoJo uploaded its infringing video up to several months or a year after CoComelon uploaded its original work, giving Super JoJo sufficient time to access, study, and copy that video, rather than creating its own original, creative expression independently. In parallel with this letter, Moonbug is submitting takedown requests to YouTube for the Super JoJo videos that infringe each of the six CoComelon Works identified below each on Super JoJo channel where the videos appear. *See* **Exhibit 2** (complete list). Pursuant to YouTube's policies, each takedown request must trigger a strike for Super JoJo, for a total far surpassing the three strikes permitted before termination of Super JoJo's channels. Immediate termination of the channels is therefore warranted.

### A. **Super JoJo Copies Many CoComelon Videos Frame-By-Frame**

The following are but a few examples of Super JoJo's frame-by-frame copying of individual CoComelon videos. In each instance, Super JoJo slavishly replicates the plot, themes, dialogue, mood, setting, pace, characters, and sequence of events in the CoComelon work at issue.

***"The Boo Boo Song."*** It is hard to imagine how Super JoJo could more meticulously copy CoComelon's "The Boo Boo Song" than it does in its own, identically titled video:



| CoComelon's "The Boo Boo Song" (April 9, 2019) | Infringing Super JoJo's "The Boo Boo Song" (July 9, 2019) |
| --- | --- |
| https://www.youtube.com/watch?app=desktop&v=3YltYCrPZos at 0:48 | https://www.youtube.com/watch?app=desktop&v=qQY1sn9iSME at 0:32 |

As detailed further in a side-by-side comparison in **Exhibit 5**, Super JoJo maps its infringing video to CoComelon's precisely, almost frame-by-frame, showing the following sequence of events just like in the CoComelon work:

- The baby falls and gets an injury, then goes to the mom for help; the mom looks

YouTube Legal Department                                        Page 11
July 20, 2021

alarmed, then helps the baby by wiping his tears, retrieving a first aid kit and putting a band aid on the injury; the mom then kisses the baby on the forehead as he closes his eyes; she then pats his head and they hold each other's hands.

- The sister character stubs her toe on a wall, then runs to the mom in the garden for help; the mom looks alarmed and then helps the sister by wiping her tears, picking her up and putting her on a chair, getting out her first aid kit, and bandaging the foot; she then kisses the sister on the forehead as the sister closes her eyes; the sister then stands to test her foot and the sister and mom high five.

- The brother character falls off of a bike or scooter an injures his elbow, then goes to the mom inside the house for help; the mom looks alarmed, then helps the brother by checking his elbow, getting out her first aid kit, bandaging his elbow, and wiping his tears; the mom then kisses the brother on the temple, the brother closes one eye for the kiss, the brother examines his elbow, and hugs his mom.

- The final injury in the video is to a parent's hand—the father in the CoComelon Work and the mother in the Super JoJo video; the kids all rush to the parent's aid, getting out the first aid kit and bandaging the hand; the video concludes with the family sitting around together after fixing all the injuries.

As **Exhibit 5** shows, Super JoJo's extensive copying of this video extends not only to characters, plot, sequence of events, and pacing, but also granular details like camera angles and precise character movements. Indeed, in some frames, Super JoJo's copying of nearly every detail is so meticulous its video essentially literally copies the CoComelon original. Moonbug owns U.S. Copyright PA0002181622 (granted April 9, 2019) on The Boo Boo Song.

***"Yes Yes Vegetables Song."***  As described above, Super JoJo's "Yes Yes Vegetable Song" is a shameless, scrupulous copy of CoComelon's video of the same name.  **Exhibit 4** sets forth a side-by-side comparison of the visual images of the two works, with particular attention to Super JoJo's copying of characters, setting, camera angles, and objects in the sequences where the baby eats peas and then carrots.

***"Colors Song (with Popsicles)."***  As described below and in the side-by-side visual image comparison in **Exhibit 6,** Super JoJo's frame-by-frame copying is also evident in its exploitation of CoComelon's "Colors Song (with Popsicles)" in its own infringing video, "Rainbow Ice Cream – Colors Song."

YouTube Legal Department                                    Page 12
July 20, 2021



| CoComelon's "Colors Song (with Popsicles)" (September 25, 2018) | Infringing Super JoJo's "Rainbow Ice Cream – Colors Song" (November 20, 2019) |
|---|---|
| https://www.youtube.com/watch?v=RvgnuPL9x-s at 3:10 | https://www.youtube.com/watch?v=37mCmAIoCTw at 2:09 |

As mentioned above, the plot and sequence are nearly identical: the kids and their mom find fruits of particular colors to use in creating a cold treat—rainbow popsicles in the CoComelon work, and different colored ice creams in the Super JoJo video. The family goes about deciding what colors are needed by referencing a colorful recipe book, pointing to each color in turn.  In both videos, the kids use a pineapple for yellow and kiwis for green.  And in both videos, for the color blue, the kids go out to the yard to pick blueberries. For each color fruit, the mom prepares the fruit, blends it in the blender, and puts that color in the freezer while the kids search for the next.  The pacing of events in Super JoJo's video similarly copies the CoComelon work.  The dialogue is also strikingly similar: in both videos, the song lyrics include the question "What color do we need" followed by the answer, "we need to find a fruit that is [color]" or "find a fruit that is [color]."  The children chant each color in turn at the end, showing off their similarly-colored tongues. Finally, if Super JoJo's willful infringement of the CoComelon work were not already beyond question, Super JoJo copied the CoComelon rainbow popsicle itself in its thumbnail for its video, even though the Super JoJo video is not about rainbow popsicles at all.

**B. Super JoJo Copies the Plot, Setting, Pace, and Sequence of Events of Other CoComelon Videos**

Super JoJo's infringement of CoComelon's individual videos does not end there.  A close examination of additional illustrative works shows that even when Super JoJo makes a modicum of effort not to duplicate *every* frame of a CoComelon video, it still does not hesitate to harvest their protectable elements of plot, themes, dialogue, mood, setting, pace, characters, and sequence of events.

*"Clean Up Trash Song."*  In CoComelon's "Clean Up Trash Song," baby JJ and his family are spending the day outdoors at a campground, and JJ picks up garbage items and learns how to sort them into a line of color waste bins designated for particular kinds of trash. With the help of his sister, he places a plastic bottle in a bin for plastic.  With the help of his brother, he puts a cardboard box in a bin for paper.  JJ's mom helps him put a metal can

in the metal bin, and his dad helps him put a glass jar in the glass bin.  After JJ eats an apple and needs to throw away the core, he reviews the colorful waste bins and, by process of elimination, figures out by himself to place it in the last bin for compost.  He returns happily to his family and they leave the campsite in their car, singing about how cleaning up trash helps the earth.



| CoComelon's "Clean Up Trash Song" (August 17, 2018) | Infringing Super JoJo's "Clean Up Trash Song" (October 23, 2019) |
|---|---|
| https://www.youtube.com/watch?v=47ODQI0OSOA at 1:44 | https://www.youtube.com/watch?v=tTcxC444yZw at 0:38 |

As detailed in **Exhibit 7**, Super JoJo closely copies this video in its identically titled, infringing "Clean Up Trash Song."  Super JoJo copies the plot, setting, and characters by placing the five-person nuclear family at a picnic site where baby JoJo picks up trash items and learns how to sort them into a line of colorful waste bins.  Super JoJo makes trivial adjustments to the sequence of events, like switching up the order of the trash items and which family member helps the baby with each, but none of these meaningfully disturb the similarity of the works.   Just like in the CoComelon Work, the mom helps the baby put the metal can in the metal bin.  With the help of another family member for each other item, he places a plastic bottle in the plastic bin, a glass jar in the glass bin, a paper bag in the paper bin. The baby then learns by himself, through process of elimination, to put his own "food scraps" in the compost bin.  Super JoJo even directly copies the dialogue, with the baby and his family singing, as in the CoComelon Work, lyrics like "Where does it go?" for each trash item, answered with "the metal goes in the metal bin," "the plastic goes in the plastic bin," and so on.  Indeed, the Super JoJo video even closely mimics unique imagery in the CoComelon work, including the placement and camera pan of the colorful array of plastic bins at the beginning of the video and numerous interactions between the characters.[10]

***"Bath Song."***   Super JoJo similarly copies protectable plot, setting, character, and

---

[10]     *Compare*     CoComelon     "Clean     Up     Trash     Song" (https://www.youtube.com/watch?v=47ODQI0OSOA) at 00:24-00:26, *with* infringing Super JoJo "Clean Up Trash Song" (https://www.youtube.com/watch?v=tTcxC444yZw) at 00:18-00:22.

sequence elements of CoComelon's "Bath Song" in its infringing, identically titled "Bath Song." As shown in more detail in **Exhibit 8**, in both videos, the baby's older brother takes a bath with him and helps the baby with the bath time routine in a clearly derivative sequence, including washing hair and body, playing with bath toys, and coming up with fanciful play activities with the bath bubbles. In both bath videos, the baby and his brother similarly use bubbles to create hats for their bath play. Super JoJo also closely copies the visual imagery of the baby and brother washing their arms and other body parts, coupled with the lyrics "wash my arms doo doo doo doo doo" using the popular "Baby Shark" tune. And in both videos, as the bathtub drains and the bath concludes, the brother and baby dance and cheer. Moonbug holds U.S. Copyright Reg. No. PA0002191424 on the Bath Song video.



| CoComelon "Bath Song" (May 2, 2018) | Super JoJo "Bath Song" (June 2, 2019) |
|---|---|
| https://www.youtube.com/watch?v=WRVsOCh907o at 2:37 | www.youtube.com/watch?v=RLvBYzIc8IM at 1:43 |

***"Car Wash Song."*** As a final example, Super JoJo copies the plot, setting, pacing, and sequence of events in CoComelon's "Car Wash Song" for its identically titled video. While the routine of washing a car may in and of itself be unprotectable, Super JoJo goes far beyond this and copies distinct, protectable elements of the CoComelon work. Like all Super JoJo videos it improperly copies the CoComelon characters. In addition, as shown in **Exhibit 9**, both videos follow the same plot and sequence. They commence with a blue car in the family driveway becoming muddy and dirty due to activity by the baby, his brother and sister, and the family dog. When the kids realize the car is dirty, they get worried and decide to wash it. The kids work together to wash the car in the same order and way, spraying it with the hose, dumping buckets of water on it, soaping it, rinsing, drying, and waxing it. But again, Super JoJo goes beyond simply appropriating the idea of kids washing a car in the driveway, and directly copies multiple elements of unique, protectable expression from the CoComelon work. Examples of such elements include reproducing multiple visual images from the original, such as visuals of the baby drying the windshield taken from the perspective of inside the car, and of the sister character seeing her reflection in the car after successfully polishing it, among others. Super JoJo also copies distinctive plot and sequence elements, such as one of the characters becoming covered head to toe in bubbles during the wash, and their dad coming out to a sparkling car

YouTube Legal Department                                                        Page 15
July 20, 2021

at the end, congratulating the children, then noticing one last smudge of dirt on the roof of the car and quickly wiping it off without a sponge.



| CoComelon "Car Wash Song" | Super JoJo "Car Wash Song" |
|---|---|
| https://www.youtube.com/watch?v=ABEVNHqmbJ4 at 0:20 | https://www.youtube.com/watch?v=g7zXyRMTDgY at 0:22 |
| https://www.youtube.com/watch?v=ABEVNHqmbJ4 at 2:17 | https://www.youtube.com/watch?v=g7zXyRMTDgY at 2:46 |

As these examples show, Super JoJo has published numerous videos that are substantially and strikingly similar to CoComelon's, and Super JoJo is liable for infringing Moonbug's copyrights in the design, text, images, plot, themes, dialogue, mood, setting, pace, characters and sequence of events in those videos. This infringement is not coincidental, but clearly willful and deliberate, especially when considered together with the other intellectual property violations discussed in this letter. For these reasons, Super JoJo's videos must be taken down.

### III. Super JoJo's Channels and Videos Infringe Moonbug's Rights in CoComelon Trade Dress

Adding another dimension to its misconduct, Super JoJo's comprehensive exploitation of CoComelon intellectual property infringes Moonbug's trade dress rights in the look and feel of the CoComelon channel and brand.

As the above images and attached exhibits make clear, Super JoJo has thoroughly misappropriated the CoComelon aesthetic and brand in constructing its channel and videos,

copying the characters, and recreating the well-defined, color-saturated 3-D animation of the CoComelon world in its videos, in addition to meticulously copying the visual and textual content of the videos themselves and the thumbnail images CoComelon uses to introduce them. The pictures shown above and in the attached Exhibits show multiple examples – Super JoJo's recreation of the family's spacious house filled with toys, chunky furniture and objects, bright pastel-colored walls, the childrens' blue tiled bathroom with double sinks, white accents and shelves of multicolor towels (*see* "Bath Song"), the kitchen/dining area with green and pink accents and arranged so the kitchen is visible behind the family at table (*see* "Yes Yes Vegetables Song"), the same blue family car (*see* "Car Wash Song") and identical placement of a blueberry bush in the backyard (*see* "Colors Song (with Popsicles)" v. "Rainbow Ice Cream" song), to name just a few.

Extensive time and resources were expended to develop the consumer recognition and goodwill now associated with the unique and distinctive look and feel of the CoComelon trade dress and brand, including the CoComelon characters, setting, signature songs, plotlines and sequences and overall aesthetic of the CoComelon channel. Because of those efforts, the unique and distinctive nature of CoComelon, Moonbug's exclusive distribution of CoComelon, CoComelon's market leadership in children's programming, and the lack of other products with similar look and feel in children's programming, consumers associate CoComelon trade dress exclusively with its source, Moonbug. Super JoJo's comprehensive copying of the CoComelon channel and contents demonstrates its intent to trade off the CoComelon brand, trade dress, and good will. The similarities in the channels are also likely to create confusion among the relevant consuming public, especially given that Super JoJo distributes the same kind of product—children's videos—in the same marketing and trade channels (including YouTube) and aimed at the same consumer audience. Super JoJo's efforts to pass off its products as being associated with or coming from CoComelon (*i.e.*, Moonbug) could hardly be clearer. This conduct is likely to cause and/or has caused and is continuing to cause, confusion, mistake, and/or deception among consumers. Super JoJo's conduct thus constitutes willful trade dress infringement, unfair competition, false advertising, and false designation of origin or passing off in violation of Moonbug's rights.

### IV. <u>Moonbug is Harmed by Super JoJo's Infringement</u>

Super JoJo's copyright and trade dress infringement as described above have caused and are likely to continue causing consumer confusion and harm to Moonbug. Indeed, the breathtaking scope of Super JoJo's infringement suggests that its purpose is expressly to enrich itself by harming Moonbug. By placing a substantially similar channel on YouTube, containing hundreds of copycat materials, Super JoJo puts itself in position to confuse CoComelon fans and siphon them off (together with their related advertising revenue) to Super JoJo. The risk of confusion and consumer misdirection is compounded on the YouTube platform, which generally returns one or more links to Super JoJo videos when a user searches for CoComelon videos, and unwittingly helps drive CoComelon fans to infringing Super JoJo materials. Super JoJo's misconduct also harms CoComelon advertising partners, who are deprived of views and consumer engagement by Super JoJo's

YouTube Legal Department                                                             Page 17
July 20, 2021

unfairly competing with infringing materials.

Accordingly, Super JoJo's appropriation and misuse of Moonbug's CoComelon copyrights and trade dress must cease immediately. These violations give rise to various forms of liability, including, but not limited to, damages, including actual damages, as well as lost profits, statutory damages, and an injunction to prohibit continued infringement. Super JoJo also faces exposure for attorneys' fees given its egregious and recurring infringement of Moonbug's intellectual property rights.

Concurrently with this letter, Moonbug is sending a copy of it to Super JoJo to provide it notice and demand that it cease and desist immediately.

In parallel, Moonbug therefore requests, pursuant to Section 512 of the DMCA and YouTube's own policies, that YouTube immediately take down the infringing Super JoJo Videos specifically identified in **Exhibit 2**, issue the corresponding strikes to Super JoJo, and terminate and take down Super JoJo's YouTube account and all its channels (listed in **Exhibit 1**) in their entirety. Moonbug reserves all rights.

Sincerely,

Tyz Law Group PC

Jennifer L. Kelly

# EXHIBIT 1

**EXHIBIT 1 -- List of Infringing Super JoJo Channels Subject to Takedown Request**

1. Super JoJo – Nursery Rhymes
   https://www.youtube.com/channel/UCHN9P-CQVBQ1ba8o1NQJVCA

2. Super JoJo - 童謡と子供の歌：
   https://www.youtube.com/channel/UCt4LjoWsPOLYiJ-fDXJUbZg

3. Super JoJo-인기동요:
   https://www.youtube.com/channel/UC4UwhQlDxc0OJHOZSIHEWMg

4. Super JoJo - Canciones Infantiles:
   https://www.youtube.com/channel/UCX3nQH31gPIk4RIAG_b38Vg

5. Super JoJo-中文兒歌・卡通動畫:
   https://www.youtube.com/channel/UCxQ2FGm0lVOOQQ_DCNKQufg

6. أغاني أطفال - Super JoJo:
   https://www.youtube.com/channel/UC4sca1B8CEZ7aFLNzPOJ2Mg

7. Super JoJo - Nhạc thiếu nhi Việt Nam:
   https://www.youtube.com/channel/UCl2yqeDZUM1f8_sC_aEPYKw

8. Super JoJo Bahasa Indonesia - Lagu Anak:
   https://www.youtube.com/channel/UC_S8TNffRECCdqdrmYlNejw

9. O Canal do Jojozinho - Super JoJo Português:
   https://www.youtube.com/channel/UCc1AyJPKHuyLaTIjXhKy5WA

10. Super JoJo - Hindi Nursery Rhymes:
    https://www.youtube.com/channel/UCcmqzh5SKwFImxbisYM6ljA

11. Super JoJo - Детские песенки:
    https://www.youtube.com/channel/UCxAfx8ml33AGxr_yFFmT0-g

12. Super JoJo – เพลงเด็ก:

    https://www.youtube.com/channel/UC8ZAuD5fr_ZUkgAjt3znwtQ

13. JoJo English - Family Playroom:

    https://www.youtube.com/channel/UCJzcBX9R38KVkH7sWUn5apA

EXHIBIT 1                                                                          1

**EXHIBIT 2**

**EXHIBIT 2 – Infringing Super JoJo Videos Re Takedown Requests**

| Original, Copyrighted CoComelon Work | Infringing Super JoJo Works Subject to Takedown Requests |
|---|---|
| "The Boo Boo Song" https://www.youtube.com/watch?v=3YltYCrPZos U.S. Copyright No. PA0002181622 (The Boo Boo Song), granted April 9, 2019. | The Boo Boo Song, displayed at: <br>• https://www.youtube.com/watch?v=qQY1sn9iSME <br>• https://www.youtube.com/watch?v=JpaDYH36rRU <br>• https://www.youtube.com/watch?v=pA8pSX8Jnwg <br>• https://www.youtube.com/watch?v=57Fw5OyhdAA <br>• https://www.youtube.com/watch?v=EIUCd0_Mrp0 <br>• https://www.youtube.com/watch?v=cHLZgF3eLyI <br>• https://www.youtube.com/watch?v=6uzRHtvQz9U <br>• https://www.youtube.com/watch?v=fbbkv8v8vNQ <br>• https://www.youtube.com/watch?v=y7kQRNDuAKY <br>• https://www.youtube.com/watch?v=D93o8t5lzKE <br>• https://www.youtube.com/watch?v=n_5If7OKMqw <br>• https://www.youtube.com/watch?v=xFCt2w_lCMc <br>• https://www.youtube.com/watch?v=ooqEfFTk6x0 <br>• https://www.youtube.com/watch?v=eAPJ-pQnCzg <br>• https://www.youtube.com/watch?v=VWNQI6k43QA <br>• https://www.youtube.com/watch?v=5B4yJatdYcc <br>• https://www.youtube.com/watch?v=uJ5t-iWvB5Y <br>• https://www.youtube.com/watch?v=lXBOkU4zpLU <br>• https://www.youtube.com/watch?v=XDtwnUXVHcI <br>• https://www.youtube.com/watch?v=sKzS-lDSulQ <br>• https://www.youtube.com/watch?v=9m-y8Wj0FDI <br>• https://www.youtube.com/watch?v=hg1F-KmmuCk |
| "Yes Yes Vegetables Song" https://www.youtube.com/watch?v=ohHYABXMqUQ U.S. Copyright No. PA0002159137 (Yes Yes Vegetables Song), granted January 21, 2019. | "Yes Yes Vegetables Song" displayed at <br>• https://www.youtube.com/watch?v=Qw6PKaGbfqk <br>• https://www.youtube.com/watch?v=s3jVlTYjbrU <br>• https://www.youtube.com/watch?v=bBenDx3_194 <br>• https://www.youtube.com/watch?v=A0Lr9pGYs_w <br>• https://www.youtube.com/watch?v=hkQelDyuIQU <br>• https://www.youtube.com/watch?v=e2nuQi7rZ2A <br>• https://www.youtube.com/watch?v=551qQ6DNALw <br>• https://www.youtube.com/watch?v=EDKJdK4dWEE <br>• https://www.youtube.com/watch?v=CMmZxftt1BA <br>• https://www.youtube.com/watch?v=vwvfxiOT6Ak&t=20s |

EXHIBIT 2                                                                                                           1

| Original, Copyrighted CoComelon Work | Infringing Super JoJo Works Subject to Takedown Requests |
|---|---|
| | • https://www.youtube.com/watch?v=a5ZnPGbmxLk<br>• https://www.youtube.com/watch?v=Muv_dvqjce8<br>• https://www.youtube.com/watch?v=xBt7NmDcGz0<br>• https://www.youtube.com/watch?v=aEbDKNyMzHI<br>• https://www.youtube.com/watch?v=yduj8b477fQ<br>• https://www.youtube.com/watch?v=OyYFuUUpcwk<br>• https://www.youtube.com/watch?v=0134QrRQ2fw<br>• https://www.youtube.com/watch?v=HzpyAqiiVgw<br>• https://www.youtube.com/watch?v=UuBBPjg0uus |
| "Colors Song (with Popsicles)"<br>https://www.youtube.com/watch?v=RvgnuPL9x-s | "Rainbow Ice Cream – Colors Song" displayed at<br>• https://www.youtube.com/watch?v=37mCmAIoCTw<br>• https://www.youtube.com/watch?v=BROTWQSu-QE<br>• https://www.youtube.com/watch?v=1EOsm0EoeEA<br>• https://www.youtube.com/watch?v=US08K3Hsx6U<br>• https://www.youtube.com/watch?v=Pl42xNkZ9GI<br>• https://www.youtube.com/watch?v=fWnlEscziW8<br>• https://www.youtube.com/watch?v=Tfy66Leot_k<br>• https://www.youtube.com/watch?v=B2GcJlsvzCQ<br>• https://www.youtube.com/watch?v=oKZqCG91Cls<br>• https://www.youtube.com/watch?v=gkWjVraRZ30<br>• https://www.youtube.com/watch?v=x-rd8u2d8dQ<br>• https://www.youtube.com/watch?v=p2DuE5Xyejo<br>• https://www.youtube.com/watch?v=qlLsBjiQ5bk<br>• https://www.youtube.com/watch?v=Kz18Poysv00<br>• https://www.youtube.com/watch?v=xBGHmVLKUtQ<br>• https://www.youtube.com/watch?v=Ub3qqVx5bhU |
| "Clean Up Trash Song"<br>https://www.youtube.com/watch?v=47ODQI0OSOA | "Clean Up Trash Song" displayed at<br>• https://www.youtube.com/watch?v=tTcxC444yZw<br>• https://www.youtube.com/watch?v=45Ouk9LEexU<br>• https://www.youtube.com/watch?v=PTfxj_gfuOI<br>• https://www.youtube.com/watch?v=NQ_5pvotqDw<br>• https://www.youtube.com/watch?v=MUraoyZCvF0<br>• https://www.youtube.com/watch?v=r0XGMQBUuIQ<br>• https://www.youtube.com/watch?v=RBd-qWHJ4xE |

EXHIBIT 2                                                                                                  2

| Original, Copyrighted CoComelon Work | Infringing Super JoJo Works Subject to Takedown Requests |
|---|---|
| | • https://www.youtube.com/watch?v=28sSqXOHwfQ<br>• https://www.youtube.com/watch?v=mRpMwixKbYs<br>• https://www.youtube.com/watch?v=b1x-MR1w_50<br>• https://www.youtube.com/watch?v=mY2q-6M4lYE<br>• https://www.youtube.com/watch?v=khslQHd2cp8<br>• https://www.youtube.com/watch?v=on3i_QUuEbY<br>• https://www.youtube.com/watch?v=v6CtjX6VOPg<br>• https://www.youtube.com/watch?v=W4pfQJyu_Wc<br>• https://www.youtube.com/watch?v=Y3POGlx2fIg |
| "Bath Song"<br>https://www.youtube.com/watch?v=WRVsOCh907o<br><br>U.S. Copyright No. PA0002146326 (Bath Song), granted November 16, 2018. | "Bath Song" displayed at<br>• https://www.youtube.com/watch?v=xXfTdYgKm-0<br>• https://www.youtube.com/watch?v=xPOK93N50r0<br>• https://www.youtube.com/watch?v=bWJOFAfMOvA<br>• https://www.youtube.com/watch?v=AjSwP7Tmbhk<br>• https://www.youtube.com/watch?v=RLvBYzIc8IM<br>• https://www.youtube.com/watch?v=6rkjBq7CNuE<br>• https://www.youtube.com/watch?v=Y0bygCd32yk<br>• https://www.youtube.com/watch?v=fpIFYCJdZyM<br>• https://www.youtube.com/watch?v=Fr_UB9XINX0<br>• https://www.youtube.com/watch?v=pxZjt10dP7M<br>• https://www.youtube.com/watch?v=VSy6P3wxSO4<br>• https://www.youtube.com/watch?v=m5lmpNVdCW0<br>• https://www.youtube.com/watch?v=q9N1y4ZxNNI<br>• https://www.youtube.com/watch?v=TTaMsgt263Y<br>• https://www.youtube.com/watch?v=hBPJiPyZQC4<br>• https://www.youtube.com/watch?v=FJcu0weVaUc<br>• https://www.youtube.com/watch?v=O_cPOSI6zGA<br>• https://www.youtube.com/watch?v=mY2q-6M4lYE<br>• https://www.youtube.com/watch?v=OJzQWxJYnO0<br>• https://www.youtube.com/watch?v=CkrwmTWy68c<br>• https://www.youtube.com/watch?v=YMTlxN4iRNU |
| "Car Wash Song"<br>https://www.youtube.com/watch?v=ABEVNHqmbJ4<br><br>U.S. Copyright No. PA0002191424 (Car Wash | "Car Wash Song" displayed at<br>• https://www.youtube.com/watch?v=xXfTdYgKm-0<br>• https://www.youtube.com/watch?v=g7zXyRMTDgY<br>• https://www.youtube.com/watch?v=xPOK93N50r0<br>• https://www.youtube.com/watch?v=bWJOFAfMOvA |

| Original, Copyrighted CoComelon Work | Infringing Super JoJo Works Subject to Takedown Requests |
|---|---|
| Song), granted May 22, 2019. | • https://www.youtube.com/watch?v=AjSwP7Tmbhk<br>• https://www.youtube.com/watch?v=4YKBSV8An4g<br>• https://www.youtube.com/watch?v=g-DqOwlHzDE<br>• https://www.youtube.com/watch?v=E7NF5nkx5bc<br>• https://www.youtube.com/watch?v=dKn9idMwfhU<br>• https://www.youtube.com/watch?v=Fr_UB9XINX0<br>• https://www.youtube.com/watch?v=2oJKaNqViWc<br>• https://www.youtube.com/watch?v=1i76cYsNld4<br>• https://www.youtube.com/watch?v=9SrOdHSVfk4<br>• https://www.youtube.com/watch?v=teUcrcW6tjg<br>• https://www.youtube.com/watch?v=uiweQmE3748<br>• https://www.youtube.com/watch?v=qdXJ6PhjEo8<br>• https://www.youtube.com/watch?v=coN79-MQo88<br>• https://www.youtube.com/watch?v=CwiiK3AESyk<br>• https://www.youtube.com/watch?v=mY2q-6M4lYE<br>• https://www.youtube.com/watch?v=Ds6JuVminSM<br>• https://www.youtube.com/watch?v=v6CtjX6VOPg<br>• https://www.youtube.com/watch?v=mByib-2hj5E<br>• https://www.youtube.com/watch?v=nCh9Vzc4VRA |

EXHIBIT 2      4

# EXHIBIT 3

**EXHIBIT 3 --Super JoJo Infringement of CoComelon "Yes Yes" and "No No" Song Series**

| Original, Copyrighted CoComelon Video | Infringing Super JoJo Video |
|---|---|
| Yes Yes Vegetables Song https://www.youtube.com/watch?app=desktop&v=ohHYABXMqUQ U.S. Copyright No. PA0002159137 (Yes Yes Vegetables Song), granted January 21, 2019. | Yes Yes Vegetables Song https://www.youtube.com/watch?app=desktop&v=Qw6PKaGbfqk |
| Yes Yes Playground Song https://www.youtube.com/watch?app=desktop&v=KTOwPz-zMWY U.S. Copyright No. PA0002145951 Yes Yes Playground Song), granted November 13, 2018. | Yes Yes Playground Song https://www.youtube.com/watch?v=4KCIOgU2Z0Y |
| Yes Yes Bedtime Song https://www.youtube.com/watch?app=desktop&v=HJkAI-Dhq50 U.S. Copyright No. PA0002177791 (Yes Yes Bedtime Song), granted March 25, 2019. | Yes Yes Bedtime Song https://www.youtube.com/watch?v=_Wc1HCp_W5I |
| Yes Yes Save the Earth Song https://www.youtube.com/watch?app=desktop&v=efyQz6KzZvU | Yes Yes Save the Earth Song* https://www.youtube.com/watch?app=desktop&v=msMMz239Cm8 *Uses a different melody than other Super JoJo Yes Yes songs. |
| No No Play Safe Song https://www.youtube.com/watch?v=nAP3yiIxmdY U.S. Copyrights Nos. PA0002177782 ("No No" Play Safe Song), granted March 25, 2019, SRu001317776 (No No Play Safe Song, et al.), granted January 9, 2018. | No No Play Safe Song 2 https://www.youtube.com/watch?v=EcFWuPjpzkw |
| No No Table Manners Song https://www.youtube.com/watch?app=desktop&v=cghkM_ohBW4 | Yes Yes Table Manners Song https://www.youtube.com/watch?v=uPUve9EsvS8 |

EXHIBIT 3 1

# EXHIBIT 4

**EXHIBIT 4 – Super JoJo Infringement: "Yes Yes Vegetables Song"**



| CoComelon "Yes Yes Vegetables Song" | Infringing Super JoJo "Yes Yes Vegetables Song" |
|---|---|
| https://www.youtube.com/watch?v=ohHYABXMqUQ | https://www.youtube.com/watch?v=Qw6PKaGbfqk |

EXHIBIT 4                                                                                                          1



| CoComelon "Yes Yes Vegetables Song" | Infringing Super JoJo "Yes Yes Vegetables Song" |
|---|---|
| https://www.youtube.com/watch?v=ohHYABXMqUQ | https://www.youtube.com/watch?v=Qw6PKaGbfqk |

Pea-Eating Sequence (CoComelon at 00:12; Super JoJo at 1:48)

EXHIBIT 4

2



EXHIBIT 4

3



EXHIBIT 4

4



| CoComelon "Yes Yes Vegetables Song" | Infringing Super JoJo "Yes Yes Vegetables Song" |
| --- | --- |
| https://www.youtube.com/watch?v=ohHYABXMqUQ | https://www.youtube.com/watch?v=Qw6PKaGbfqk |

EXHIBIT 4

5



| CoComelon "Yes Yes Vegetables Song" | Infringing Super JoJo "Yes Yes Vegetables Song" |
| --- | --- |
| https://www.youtube.com/watch?v=ohHYABXMqUQ | https://www.youtube.com/watch?v=Qw6PKaGbfqk |
| Mom taps mouth of stuffed animal three times with peas. | Mom taps mouth of stuffed animal three times with peas. |
| Baby uses spoon to eat two bites of peas and smiles. | Baby uses spoon to eat two bites of peas and smiles. |

EXHIBIT 4

6



EXHIBIT 4

7



EXHIBIT 4

8



| CoComelon "Yes Yes Vegetables Song" | Infringing Super JoJo "Yes Yes Vegetables Song" |
|---|---|
| https://www.youtube.com/watch?v=ohHYABXMqUQ | https://www.youtube.com/watch?v=Qw6PKaGbfqk |

**Carrot-Eating Sequence** (CoComelon at 00:57, Super JoJo at 2:30)

EXHIBIT 4

9



EXHIBIT 4

10



EXHIBIT 4



EXHIBIT 4

12



EXHIBIT 4

13



EXHIBIT 4

14



EXHIBIT 4

15

| CoComelon "Yes Yes Vegetables Song" https://www.youtube.com/watch?v=ohHYABXMqUQ | Infringing Super JoJo "Yes Yes Vegetables Song" https://www.youtube.com/watch?v=Qw6PKaGbfqk |
|---|---|
| Conclusion | |



EXHIBIT 4

# EXHIBIT 5

**EXHIBIT 5 - Super JoJo's Infringement: "The Boo Boo Song"**



**CoComelon "The Boo Boo Song"**
https://www.youtube.com/watch?v=3YltYCrPZos

**Infringing Super JoJo "The Boo Boo Song"**
https://www.youtube.com/watch?v=qQY1sn9iSME

EXHIBIT 5

1



EXHIBIT 5

2



| CoComelon "The Boo Boo Song" https://www.youtube.com/watch?v=3YltYCrPZos | Infringing Super JoJo "The Boo Boo Song" https://www.youtube.com/watch?v=qQY1sn9iSME |

EXHIBIT 5

3



| CoComelon "The Boo Boo Song" https://www.youtube.com/watch?v=3YltYCrPZos | Infringing Super JoJo "The Boo Boo Song" https://www.youtube.com/watch?v=qQY1sn9iSME |
|---|---|
| Lyrics: "A bandage and a kiss just right will help your boo boo feel alright." | Lyrics: "A bandage and a kiss will make your boo boo better." |

EXHIBIT 5

4



CoComelon "The Boo Boo Song"
https://www.youtube.com/watch?v=3YltYCrPZos

Infringing Super JoJo "The Boo Boo Song"
https://www.youtube.com/watch?v=qQY1sn9iSME

EXHIBIT 5

5



| CoComelon "The Boo Boo Song" | Infringing Super JoJo "The Boo Boo Song" |
|---|---|
| https://www.youtube.com/watch?v=3YltYCrPZos | https://www.youtube.com/watch?v=qQY1sn9iSME |

EXHIBIT 5

6



| CoComelon "The Boo Boo Song" | Infringing Super JoJo "The Boo Boo Song" |
| --- | --- |
| https://www.youtube.com/watch?v=3YltYCrPZos | https://www.youtube.com/watch?v=qQY1sn9iSME |
| | |
| Audible "OW!" | Audible "OW!" |

EXHIBIT 5                                                                                                                        7



EXHIBIT 5

8



| CoComelon "The Boo Boo Song" | Infringing Super JoJo "The Boo Boo Song" |
| :---: | :---: |
| https://www.youtube.com/watch?v=3YltYCrPZos | https://www.youtube.com/watch?v=qQY1sn9iSME |

EXHIBIT 5

9



| CoComelon "The Boo Boo Song" | Infringing Super JoJo "The Boo Boo Song" |
| https://www.youtube.com/watch?v=3YltYCrPZos | https://www.youtube.com/watch?v=qQY1sn9iSME |

EXHIBIT 5

10



| CoComelon "The Boo Boo Song" | Infringing Super JoJo "The Boo Boo Song" |
| --- | --- |
| https://www.youtube.com/watch?v=3YltYCrPZos | https://www.youtube.com/watch?v=qQY1sn9iSME |

EXHIBIT 5

11



| CoComelon "The Boo Boo Song" | Infringing Super JoJo "The Boo Boo Song" |
| --- | --- |
| https://www.youtube.com/watch?v=3YltYCrPZos | https://www.youtube.com/watch?v=qQY1sn9iSME |

EXHIBIT 5     12

| CoComelon "The Boo Boo Song" | Infringing Super JoJo "The Boo Boo Song" |
|---|---|
| https://www.youtube.com/watch?v=3YltYCrPZos | https://www.youtube.com/watch?v=qQY1sn9iSME |



EXHIBIT 5



EXHIBIT 5

14



| CoComelon "The Boo Boo Song" | Infringing Super JoJo "The Boo Boo Song" |
|---|---|
| https://www.youtube.com/watch?v=3YltYCrPZos | https://www.youtube.com/watch?v=qQY1sn9iSME |

EXHIBIT 5

15

| CoComelon "The Boo Boo Song" | Infringing Super JoJo "The Boo Boo Song" |
|---|---|
| https://www.youtube.com/watch?v=3YltYCrPZos | https://www.youtube.com/watch?v=qQY1sn9iSME |



EXHIBIT 5

16



| CoComelon "The Boo Boo Song" | Infringing Super JoJo "The Boo Boo Song" |
| --- | --- |
| https://www.youtube.com/watch?v=3YltYCrPZos | https://www.youtube.com/watch?v=qQY1sn9iSME |

EXHIBIT 5

17



| CoComelon "The Boo Boo Song" | Infringing Super JoJo "The Boo Boo Song" |
| --- | --- |
| https://www.youtube.com/watch?v=3YltYCrPZos | https://www.youtube.com/watch?v=qQY1sn9iSME |

EXHIBIT 5

18



EXHIBIT 5

19



| CoComelon "The Boo Boo Song" | Infringing Super JoJo "The Boo Boo Song" |
|---|---|
| https://www.youtube.com/watch?v=3YltYCrPZos | https://www.youtube.com/watch?v=qQY1sn9iSME |

EXHIBIT 5

20



EXHIBIT 5

21



EXHIBIT 5
22



| CoComelon "The Boo Boo Song" | Infringing Super JoJo "The Boo Boo Song" |
| --- | --- |
| https://www.youtube.com/watch?v=3YltYCrPZos | https://www.youtube.com/watch?v=qQY1sn9iSME |

EXHIBIT 5

23



EXHIBIT 5

# EXHIBIT 6

**EXHIBIT 6 - Super JoJo's Infringement: "The Colors Song (with Popsicles)"**

| CoComelon, "The Colors Song (with Popsicles)" https://www.youtube.com/watch?v=RvgnuPL9x-s | Infringing Super JoJo "Rainbow Ice Cream – Colors Song" https://www.youtube.com/watch?v=37mCmAIoCTw |
|---|---|

EXHIBIT 6

1



EXHIBIT 6

2



CoComelon, "The Colors Song (with Popsicles)"
https://www.youtube.com/watch?v=RvgnuPL9x-s

Infringing Super JoJo "Rainbow Ice Cream – Colors Song"
https://www.youtube.com/watch?v=37mCmAIoCTw

EXHIBIT 6

3



**CoComelon, "The Colors Song (with Popsicles)"**
**https://www.youtube.com/watch?v=RvgnuPL9x-s**

**Infringing Super JoJo "Rainbow Ice Cream – Colors Song"**
**https://www.youtube.com/watch?v=37mCmAIoCTw**

EXHIBIT 6          4



EXHIBIT 6                                                                                5



EXHIBIT 6                                                                                                           6



| CoComelon, "The Colors Song (with Popsicles)" https://www.youtube.com/watch?v=RvgnuPL9x-s | Infringing Super JoJo "Rainbow Ice Cream – Colors Song" https://www.youtube.com/watch?v=37mCmAIoCTw |

EXHIBIT 6       7



| CoComelon, "The Colors Song (with Popsicles)" https://www.youtube.com/watch?v=RvgnuPL9x-s | Infringing Super JoJo "Rainbow Ice Cream – Colors Song" https://www.youtube.com/watch?v=37mCmAIoCTw |

EXHIBIT 6                                                                                                      8



| CoComelon, "The Colors Song (with Popsicles)" https://www.youtube.com/watch?v=RvgnuPL9x-s | Infringing Super JoJo "Rainbow Ice Cream – Colors Song" https://www.youtube.com/watch?v=37mCmAIoCTw |

EXHIBIT 6                                                                                              9



| CoComelon, "The Colors Song (with Popsicles)" https://www.youtube.com/watch?v=RvgnuPL9x-s | Infringing Super JoJo "Rainbow Ice Cream – Colors Song" https://www.youtube.com/watch?v=37mCmAIoCTw |

EXHIBIT 6      10



| CoComelon, "The Colors Song (with Popsicles)" https://www.youtube.com/watch?v=RvgnuPL9x-s | Infringing Super JoJo "Rainbow Ice Cream – Colors Song" https://www.youtube.com/watch?v=37mCmAIoCTw |

EXHIBIT 6                                                                                                    11



| CoComelon, "The Colors Song (with Popsicles)" https://www.youtube.com/watch?v=RvgnuPL9x-s | Infringing Super JoJo "Rainbow Ice Cream – Colors Song" https://www.youtube.com/watch?v=37mCmAIoCTw |

EXHIBIT 6                                                                                                    12



**CoComelon, "The Colors Song (with Popsicles)"**
**https://www.youtube.com/watch?v=RvgnuPL9x-s**

**Infringing Super JoJo "Rainbow Ice Cream – Colors Song"**
**https://www.youtube.com/watch?v=37mCmAIoCTw**

EXHIBIT 6

13



CoComelon, "The Colors Song (with Popsicles)"
https://www.youtube.com/watch?v=RvgnuPL9x-s

Infringing Super JoJo "Rainbow Ice Cream – Colors Song"
https://www.youtube.com/watch?v=37mCmAIoCTw

EXHIBIT 6

14



EXHIBIT 6

# EXHIBIT 7

**EXHIBIT 7 - Super JoJo's Infringement: "Clean Up Trash Song"**

| CoComelon "Clean Up Trash Song" https://www.youtube.com/watch?v=47ODQI0OSOA[1] | Infringing Super JoJo "Clean Up Trash Song" https://www.youtube.com/watch?v=tTcxC444yZw |
|---|---|
| | |
| | |

---

[1] Note that the screenshots here are presented in time-stamp order for each video. Additional similarities can be seen by rearranging the order of events in the infringing Super JoJo video, as Super JoJo trivially altered the order in which the baby encounters certain recyclable items and obtains help from certain family members.

EXHIBIT 7                                                                                                           1



EXHIBIT 7

2



EXHIBIT 7                                                                                                                          3



| CoComelon "Clean Up Trash Song" https://www.youtube.com/watch?v=47ODQI0OSOA[1] | Infringing Super JoJo "Clean Up Trash Song" https://www.youtube.com/watch?v=tTcxC444yZw |

EXHIBIT 7      4



| CoComelon "Clean Up Trash Song" https://www.youtube.com/watch?v=47ODQI0OSOA[1] | Infringing Super JoJo "Clean Up Trash Song" https://www.youtube.com/watch?v=tTcxC444yZw |
|---|---|

EXHIBIT 7

5



| CoComelon "Clean Up Trash Song" https://www.youtube.com/watch?v=47ODQI0OSOA[1] | Infringing Super JoJo "Clean Up Trash Song" https://www.youtube.com/watch?v=tTcxC444yZw |
|---|---|

EXHIBIT 7

6



| CoComelon "Clean Up Trash Song" | Infringing Super JoJo "Clean Up Trash Song" |
| --- | --- |
| https://www.youtube.com/watch?v=47ODQI0OSOA[1] | https://www.youtube.com/watch?v=tTcxC444yZw |

EXHIBIT 7

7



EXHIBIT 7

8



| CoComelon "Clean Up Trash Song" https://www.youtube.com/watch?v=47ODQI0OSOA[1] | Infringing Super JoJo "Clean Up Trash Song" https://www.youtube.com/watch?v=tTcxC444yZw |
| --- | --- |

EXHIBIT 7

9



| CoComelon "Clean Up Trash Song" | Infringing Super JoJo "Clean Up Trash Song" |
|---|---|
| https://www.youtube.com/watch?v=47ODQI0OSOA[1] | https://www.youtube.com/watch?v=tTcxC444yZw |

EXHIBIT 7      10



| CoComelon "Clean Up Trash Song" | Infringing Super JoJo "Clean Up Trash Song" |
| --- | --- |
| https://www.youtube.com/watch?v=47ODQI0OSOA[1] | https://www.youtube.com/watch?v=tTcxC444yZw |

EXHIBIT 7

11

# EXHIBIT 8

**EXHIBIT 8 -- Super JoJo's Infringement: "Bath Song"**



EXHIBIT 8



EXHIBIT 8

2



EXHIBIT 8

# EXHIBIT 9

**EXHIBIT 9 - Super JoJo's Infringement: "Car Wash Song"**

| CoComelon "Car Wash Song" | Infringing Super JoJo "Car Wash Song" |
|---|---|
| https://www.youtube.com/watch?v=ABEVNHqmbJ4 | https://www.youtube.com/watch?v=g7zXyRMTDgY |

EXHIBIT 9

1



EXHIBIT 9

2



**CoComelon "Car Wash Song"**
https://www.youtube.com/watch?v=ABEVNHqmbJ4

**Infringing Super JoJo "Car Wash Song"**
https://www.youtube.com/watch?v=g7zXyRMTDgY

EXHIBIT 9                                                                                       3



EXHIBIT 9

4



**CoComelon "Car Wash Song"**
https://www.youtube.com/watch?v=ABEVNHqmbJ4

**Infringing Super JoJo "Car Wash Song"**
https://www.youtube.com/watch?v=g7zXyRMTDgY

EXHIBIT 9

5