# EXHIBIT P
# Redacted Version
# of Document Filed
# Under Seal