# EXHIBIT A

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Margret Caruso (Bar No. 243473)
  Michael LaFond (Bar No. 303131)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Fax:         (650) 801-5100
margretcaruso@quinnemanuel.com
michaellafond@quinnemanuel.com

  Sam S. Stake (Bar No. 257916)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile:   (415) 875-6700
samstake@quinnemanuel.com

Attorneys for Defendants
BABYBUS CO., LTD.
BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BABYBUS CO., LTD and BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD, <br><br> Defendant. | Case No: 3:21-cv-06536-EMC <br><br> **DECLARATION OF NAIYONG YAN FILED IN SUPPORT OF BABYBUS DEFENDANTS' MOTION TO SEAL** <br><br> Complaint Filed: August 24, 2021 <br> Trial: April 3, 2023 |

I, Naiyong Yan, declare as follows:

1. I am Naiyong Yan, Head of the Video Business Department for Defendant Baby Bus Co., Ltd., the parent company of Defendant BabyBus (Fujian) Network Technology Co., Ltd (collectively "BabyBus") in the above-captioned matter. I submit this declaration in support of BabyBus' Motion to Seal. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. As Head of the Video Business Department, I am familiar with BabyBus' Super JoJo content, development process, competitive intelligence, viewership, and revenue information. In this role I am also familiar with documents related with Super JoJo content, development process, competitive intelligence, and viewership information that have been produced by BabyBus in this litigation, as well as documents that have been designated by BabyBus as "Confidential" or "Highly Confidential – Attorneys Eyes Only" under the protective order in this case.

3. I am informed that, in connection with the December 9, 2022, Motion for Summary Judgment filed by Plaintiffs Moonbug Entertainment Limited and Treasure Studio Inc. (collectively "Moonbug"), Moonbug has filed many documents produced by BabyBus in discovery and designated under the protective order as "Confidential" or "Highly Confidential – Attorneys Eyes Only," as well as deposition and declaration testimony that reveals the contents of those documents. I am further informed that these documents, and the information contained within them, can be separated into three categories: (i) BabyBus' competitive intelligence, (ii) BabyBus' planning and development, and (iii) sensitive viewership information about BabyBus videos. If publicly revealed, the information in these documents would harm BabyBus' competitive standing for the following reasons.

4. **Competitive Intelligence Documents.** Prior to developing a new product, BabyBus performs competitive intelligence by investigating market demand for products in the same genre. This process generally involves identifying the target market or genre, examining participants in the market, and investigating products that may potentially compete with the new product BabyBus is developing. The competitive intelligence gathered by BabyBus is maintained confidentially, and is not shared with parties other than BabyBus' employees and BabyBus' development partners (such

as vendors or contractors involved in the development of the new product).  If this information was publicly revealed, BabyBus' competitors would gain unfair insight into BabyBus' competitive strategies, product development plans, and product development methods.  That would give BabyBus' competitors an unfair advantage over BabyBus.

5. **Planning and Development Documents.**  While creating a new product, BabyBus will create planning and development documents to guide the creation and production process.  These documents reveal BabyBus' development methods, long-term goals, and the resources that BabyBus has committed to the planning and development of a new product.  BabyBus' planning and development documents are maintained confidentially, and are not shared with parties other than BabyBus' employees and BabyBus' development partners (such as vendors or contractors involved in the development of the new product).  If BabyBus' planning and development documents were publicly revealed, BabyBus' competitors would gain unfair insights into BabyBus' future product developments, BabyBus' long term strategic goals for its products, and BabyBus' overall development processes and strategies.  Competitors could use that information to gain an unfair advantage over BabyBus by positioning their own products to better compete against BabyBus.  Competitors could also unfairly learn from BabyBus' development process to improve their own development processes, gaining a further unfair advantage over BabyBus.

6. **BabyBus Viewership Information.**  Before its videos were taken down from YouTube, BabyBus was able to access, and analyze, private viewership information maintained through YouTube's back-end user portal.  The public may see the total number of views of any one video on YouTube, however, YouTube's back-end user portal, which may only be accessed with a username and a password, contains additional information, including where the viewers were "linked" from, how many of the views come from subscribers, which countries or states the viewers are located in, and similar non-public information.  BabyBus uses that information to make informed decisions about new videos to develop.  If BabyBus' competitors gained access to that information, they would gain an unfair advantage over BabyBus, because they could better target advertisements in order to lure away BabyBus' customers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 15, 2021

By /s/ Naiyong Yan
Naiyong Yan