| | |
|---|---|
| 1 | JENNIFER KELLY (CSB No. 193416) |
|   | jennifer@tyzlaw.com |
| 2 | RYAN TYZ (CSB No. 234895) |
|   | ryan@tyzlaw.com |
| 3 | ERIN JONES (CSB No. 252947) |
|   | ejones@tyzlaw.com |
| 4 | DEBORAH HEDLEY (CSB No. 276826) |
|   | deborah@tyzlaw.com |
| 5 | CIARA MCHALE (CSB No. 293308) |
|   | ciara@tyzlaw.com |
| 6 | SEAN APPLE (CSB No. 305692) |
|   | sapple@tyzlaw.com |
| 7 | CHIEH TUNG (CSB No. 318963) |
|   | chieh@tyzlaw.com |
| 8 | TYZ LAW GROUP PC |
|   | 4 Embarcadero Center, 14th Floor |
| 9 | San Francisco, CA 94111 |
|   | Telephone: 415.868.6900 |

Attorneys for Plaintiffs
Moonbug Entertainment Limited and
Treasure Studio, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., | Case No: 3:21-cv-06536-EMC |
| Plaintiffs, | **EXHIBIT B TO THE DECLARATION OF FRAN KRAUSE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NONINFRINGEMENT** |
| v. | |
| BABYBUS CO., LTD and BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD, | |
| Defendants. | **FILED UNDER SEAL** |

**EXHIBIT B – CoComelon Images Copied into Super JoJo Planning Document and Reproduced in Substantially Similar form in Super JoJo's "This is the Way We Brush Our Teeth"**



---

[1] I am informed that BB_00047841 and its certified translation are provided as Exhibit D to the Hedley Declaration, filed commensurately.
[2] CoComelon Works cited in this document:  Dkt. No. 165 (all of the following are exhibits to Apple Declaration manually filed at Dkt. No. 165), Ex. 042 - MB037914 (This is the Way), Ex. 018 - MB037906 (No No Bedtime Song).
[3] Super JoJo Infringing Works cited in this document: Dkt. No. 165, Ex. 177 - BB_00047321 (This Is the Way We Brush Our Teeth), *see also* Dkt. 180-3, Ex. T-16.

Krause 2d Decl. Exhibit B – Page 1

