JENNIFER KELLY (CSB No. 193416)
jennifer@tyzlaw.com
RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
ERIN JONES (CSB No. 252947)
ejones@tyzlaw.com
DEBORAH HEDLEY (CSB No. 276826)
deborah@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
SEAN APPLE (CSB No. 305692)
sapple@tyzlaw.com
CHIEH TUNG (CSB No. 318963)
chieh@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Plaintiffs
Moonbug Entertainment Limited and
Treasure Studio, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BABYBUS CO., LTD and BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD, <br><br> Defendants. | Case No: 3:21-cv-06536-EMC <br><br> **EXHIBIT G TO THE DECLARATION OF FRAN KRAUSE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NONINFRINGEMENT** <br><br> **FILED UNDER SEAL** |

**EXHIBIT G – Substantial Similarity in Super JoJo's "Swimming Song"**

| Images/Text in Super JoJo Planning Document BB_00001008[1] | Original Images in CoComelon "Swimming Song" (MB037898)[2] | Substantially Similar Material in Super JoJo "Swimming Song" (BB_00012966)[3] |
|---|---|---|
| • Everyone starts jumping into the pool, but the baby suddenly gets cold feet and doesn't jump.<br><br>Text from BB_00001012. | Image from CoComelon "Swimming Song" (MB037898) at 0:29, JJ nervously looks into the pool, shown with an upward camera angle and distorted by the water. | Image from BB_00012966 at 0:16, JoJo nervously looks into the pool, shown with an upward camera angle and distorted by the water. |
| • Mother, father, brother and sister encourages the baby to go into the water so the baby starts to try, tapping the water with his feet and paddling, laughing<br><br>Text from BB_00001012. | Image from MB037898 at 0:32, JJ's family, already in the pool, beckon him to join them. | Image from BB_00012966 at 0:21, JoJo's family, already in the pool, beckon him to join them. |

---

[1] I am informed that BB_00001008 and its certified translation are provided as Exhibit E to the Hedley Declaration, filed commensurately.
[2] CoComelon Works cited in this document: Dkt. No. 165 (all of the following are exhibits to Apple Declaration manually filed at Dkt. No. 165), Ex. 033 - MB037898 (Swimming Song).
[3] Super JoJo Infringing Works cited in this document: Dkt. No. 165, Ex. 159 - BB_00012966 (Swimming Song), *see also* Dkt. 180-3, Ex. T-4.

Krause 2d Decl. Exhibit G – Page 1

| Images/Text in Super JoJo Planning Document BB_00001008[1] | Original Images in CoComelon "Swimming Song" (MB037898)[2] | Substantially Similar Material in Super JoJo "Swimming Song" (BB_00012966)[3] |
|---|---|---|
| Video reference (0:34-0:37): https://bit.ly/2lqXy4n<br>Image / text from BB_00001012-13. | Image from MB037898 at 0:36, JJ cautiously dips his right foot in the pool. | Image from BB_00012966 at 0:24, JoJo cautiously dips his right foot in the pool. |
| The baby asks the mother to carry him into the water.<br><br>Text from BB_00001013. | Image from MB037898 at 0:44 – JJ's mom places him in the pool. | Image from BB_00012966 at 0:29 – JoJo's mom places him in the pool. |
|  | Image from MB037898 at 1:02 – JJ, held by his father, a sibling is in the pool on their back. | Image from BB_00012966 at 1:38 – JoJo, held by his father, a sibling is in the pool on their back. |

| Images/Text in Super JoJo Planning Document BB_00001008[1] | Original Images in CoComelon "Swimming Song" (MB037898)[2] | Substantially Similar Material in Super JoJo "Swimming Song" (BB_00012966)[3] |
|---|---|---|
| After playing water, brother and sister show off their swimming skills (backstroke, freestyle). The baby envies them.<br><br>Text from BB_00001013. | <br>Image from MB037898 at 1:46 – JJ's brother and sister race each other in the pool. | <br>Image from BB_00012966 at 2:06 – JoJo's brother and sister race each other in the pool. |
| After playing water, brother and sister show off their swimming skills (backstroke, freestyle). The baby envies them.<br><br>Text from BB_00001013. | Image from MB037898 at 1:50 – JJ sees his brother and sister swim and wants to do the same. | Image from BB_00012966 at 2:07 – JoJo sees his brother and sister swim and wants to do the same. |
| • The father carries the baby to the pool edge, and the brother swims to set an example<br><br>Text from BB_00001014. | <br>Image from MB037898 at 2:11 – JJ's brother holds onto the edge of the pool and demonstrates kicking. | <br>Image from BB_00012966 at 1:20 – JoJo's brother holds onto the edge of the pool and demonstrates kicking. |

| Images/Text in Super JoJo Planning Document BB_00001008[1] | Original Images in CoComelon "Swimming Song" (MB037898)[2] | Substantially Similar Material in Super JoJo "Swimming Song" (BB_00012966)[3] |
|---|---|---|
| (Caution to slow the movement, not too fast)<br>Video reference (2:05-2:19): https://bit.ly/2laMi7X<br><br>Image / text from BB_00001014. | <br>Image from CoComelon "Swimming Song" (MB037898) at 2:12. | <br>Images from BB_00012966 at 1:36. |
| Father is holding the baby to practice swimming, and the brother helps the baby to kick water.<br>The baby follows their lead. Everyone encourages him.<br><br>Text from BB_00001014. | <br>Image from MB037898 at 2:15 – JJ's father laughs and holds him while he practices holding the edge of the pool and kicking, getting a "thumbs up" from his brother. | <br>Images from BB_00012966 at 1:36 – JoJo's father laughs and holds him while he practices holding the edge of the pool and kicking, getting a "thumbs up" from his brother. |
| Father is holding the baby to practice swimming, and the sister helps the baby stroke water.<br>The baby follows their lead. Everyone encourages him.<br><br>Text from BB_00001015. | <br>Image from MB037898 at 2:18 – JJ's father holds him while he practices using his arms to swim. | <br>Images from BB_00012966 at 1:50 – JoJo's father holds him while he practices using his arms to swim. |

| Images/Text in Super JoJo Planning Document BB_00001008[1] | Original Images in CoComelon "Swimming Song" (MB037898)[2] | Substantially Similar Material in Super JoJo "Swimming Song" (BB_00012966)[3] |
|---|---|---|
| Image from BB_00001016. | Image from CoComelon "Swimming Song" (MB037898) at 2:25. | Images from BB_00012966 at 2:10. |
| Towards the end, the scene becomes a photo on the wall of the house (need to show a photo with the whole family playing in the water).<br><br>Text from BB_00001016. | Image from MB037898 at 2:33 – the entire family floats on their backs. | Images from BB_00012966 at 2:26 – the entire family floats on their backs. |