JENNIFER KELLY (CSB No. 193416)
jennifer@tyzlaw.com
RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
ERIN JONES (CSB No. 252947)
ejones@tyzlaw.com
DEBORAH HEDLEY (CSB No. 276826)
deborah@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
SEAN APPLE (CSB No. 305692)
sapple@tyzlaw.com
CHIEH TUNG (CSB No. 318963)
chieh@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Plaintiffs
Moonbug Entertainment Limited and
Treasure Studio, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BABYBUS CO., LTD and BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD, <br><br> Defendants. | Case No: 3:21-cv-06536-EMC <br><br> **EXHIBIT C TO THE DECLARATION OF DEBORAH HEDLEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NONINFRINGEMENT** <br><br> **FILED UNDER SEAL** |

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION

 4   ------------------------------

 5   MOONBUG ENTERTAINMENT LIMITED and
     TREASURE STUDIO, INC.,
 6
                         Plaintiffs,
 7   vs.                                  Case No.
                                     3:21-cv-06536-EMC
 8
     BABYBUS CO., LTD and BABYBUS
 9   (FUJIAN) NETWORK TECHNOLOGY
     CO., LTD,
10
                         Defendant.
11   ------------------------------

12

13

14

15

16

17       REMOTE VIDEOTAPED DEPOSITION

18              JIACHUN XUE

19            AUGUST 6, 2022

20

21          HIGHLY CONFIDENTIAL

22

23

24   Reported by:  Susan S. Klinger, RMR-CRR, CSR

25   Job No. 213182
```

Page 2

August 6, 2022

5:13 a.m.

Remote Videotaped Deposition of JIACHUN XUE, held remotely before Susan S. Klinger, a Registered Merit Reporter and Certified Realtime Reporter of the State of Texas.

Page 3

APPEARANCES:
(All appearances via Zoom.)
Attorneys for Plaintiff/Counter-Defendant:
    Ryan Tyz, Esq.
    Jonathan Downing, Esq.
    Tyz Law Group
    4 Embarcadero Center
    San Francisco, CA 94111

Attorneys for Defendant/Counter-Plaintiff:
    Sam Stake, Esq.
    Quinn Emanuel Urquhart & Sullivan
    50 California Street
    San Francisco, CA 94111

Also Present:
    Qiang Ding
    Ruochen Huang
    Lingling Martin, Mandarin Interpreter
    Joey Liu, Mandarin Check Interpreter
    Rodolfo Duran, videographer

Page 4

INDEX

WITNESS                                    PAGE
JIACHUN XUE
EXAMINATION BY MR. TYZ                       6

EXHIBITS
No.      Description                       Page
Exhibit 23 BB_00000928                      13
Exhibit 24 BB_00002745                      34
Exhibit 25 YouTube screenshot               54
Exhibit 26 YouTube screenshot               55

         Previously marked
Exhibit 3  BB_00001017                      15
Exhibit 5  BB_00002098-00002104             25
Exhibit 6  BB_00002094-00002097             31
Exhibit 20 BB_00046093-00046122             40

Page 5

PROCEEDINGS
    VIDEOGRAPHER: Good morning, counselors. My name is Rodolfo Duran. I am a legal videographer in association with TSG Reporting, Inc. Because this is a remote deposition, I will not be in the same room with the witness. Instead, I will record this remotely. The court reporter, Susan Klinger, also will not be in the same room and will swear in the witness remotely.
    Do all parties stipulate to the validity of this video recording and the swearing in of the witness and that it will be admissible in the courtroom as if it had been taken following Rule 30 of the Federal Rules of Civil Procedures and the state's rules where this case is pending?
    MR. TYZ: Yes, on behalf of plaintiffs.
    MR. STAKE: Yes, on behalf of BabyBus.
    VIDEOGRAPHER: Thank you. This is the start of media labeled number 1 of the remote video recorded deposition of Jiachun

Page 6
1   Xue in the matter of MoonBug Entertainment,
2   Limited, et al versus BabyBus (Fujian)
3   Network Technology Company, Limited, August
4   6th, 2022.  The time is 5:13 a.m. China
5   standard time and we're on the record.
6        Will counsel please introduce
7   yourselves?
8        MR. TYZ:  Ryan Tyz and with me is
9   Jonathan Downing on behalf of plaintiffs
10  MoonBug Entertainment and Treasure Studios.
11       MR. STAKE:  Sam Stake on behalf of
12  BabyBus and with me is Mr. Ruochen Huang
13  and Mr. Qiang Ding from BabyBus.
14       VIDEOGRAPHER:  Will the court
15  reporter please swear in or affirm the
16  witness and the interpreters.
17       THE WITNESS:  Yes, I swear.
18       LINGLING MARTIN AND JOEY LIU,
19  having been first duly sworn interpreted as
20  follows:
21            JIACHUN XUE,
22  having been first duly sworn testified as
23  follows:
24            EXAMINATION
25  BY MR. TYZ:

Page 7
1   Q.   Good morning.  My name is Ryan Tyz.
2   I'm counsel for MoonBug in this matter.  Today
3   I'm going to ask you some questions.
4   A.   Okay, I understand.
5   Q.   What is your name?
6   A.   My name is Xue Jiachun,
7   J-i-a-c-h-u-n, last name X-u-e.
8   Q.   So before we get started I'm going
9   to go over a couple of instructions.  The first
10  is if you answer one of my questions, I will
11  assume you understood it.  If you don't --
12  don't understand one of my questions, please
13  let me know.
14  A.   Okay, I understand.
15  Q.   And are you in a room by yourself
16  right now?
17  A.   Yes, only me.
18  Q.   And do you have any documents or
19  notes in front of you?
20  A.   No.
21  Q.   Do you have any chat functions on
22  your computer open right now?
23  A.   No.
24  Q.   And do you understand that you have
25  to be truthful today?

Page 8
1   A.   Yes.
2   Q.   Where do you live?
3   A.   I live in Hsinbei City, Taiwan.
4        INTERPRETER:  Interpreter spelling,
5   H-s-i-n-b-e-i.
6   Q.   And where do you work?
7   A.   I work at the Taiwan branch of
8   BabyBus.
9   Q.   And when did you start working for
10  BabyBus?
11  A.   Roughly in 2018.
12  Q.   And what was your position in 2018
13  when you started at BabyBus?
14  A.   My position at the time was product
15  planning.
16  Q.   And you were part of the product
17  planning team at BabyBus for Super JoJo; right?
18  A.   That's correct, I was one of the
19  planners for the JoJo project.
20  Q.   And you were one of the planners for
21  the JoJo project from the beginning of that
22  project; correct?
23  A.   Correct, I was already a member of
24  the team when the project was initiated.
25  Q.   And when was the project, Super JoJo

Page 9
1   project initiated at BabyBus?
2   A.   Roughly in 2019, 2018, the end of
3   2018 or 2019.
4   Q.   And who was your boss at BabyBus at
5   the time of the initiation of the Super JoJo
6   project?
7   A.   At that time the team lead for the
8   JoJo project was Xiangyin Lin, X-i-a-n-g-y-i-n,
9   last name L-i-n.
10  Q.   And as the planner for Super JoJo,
11  did you watch CoComelon videos?
12  A.   At the initiation of any project we
13  would -- would always try to collect as much
14  information about any competitive products.  So
15  we would not only look at CoComelon's videos
16  but we would also look at many others such as
17  the Pinkfong, F-o-n-g from Korea, LooLoo Kids
18  and Super Simple Song.
19       MR. TYZ:  I'm going to object as
20  nonresponsive.
21  Q.   It is important that you just listen
22  to my question and answer just the question
23  that I was asking.  Your counsel, Mr. Stake, at
24  the end of this deposition if he needs
25  clarification or wants to ask you different

Page 38

1    Q.    JoJo is the main character of the
2    JoJo show; right?
3    A.    Correct.
4    Q.    And JoJo is intended to be a baby of
5    a year and a half; correct?
6    A.    The actual age of JoJo, I do not
7    really remember that.  I need to go back and
8    look at the original documents.
9    Q.    What original documents are you
10   referring to?
11   A.    There would be some documents that
12   designs the characters or the rows.  For
13   example, what will be the mother's name, what
14   will be the name of the baby, and what age.
15   Q.    And the main character JoJo he
16   walks; right?
17   A.    Yes, he can walk.
18   Q.    And he does walk in some of the
19   videos; right?
20   A.    Yes.
21   Q.    And JoJo dances?
22   A.    Towards the later series, yes, he
23   did.
24   Q.    And JoJo sings?
25   A.    JoJo was modeled after a real kid,

Page 39

1    so whatever a real kid could do, JoJo pretty
2    much could do.
3         MR. TYZ:  I want to object as
4    nonresponsive.
5    Q.    Does JoJo sing?
6    A.    If there was a episode that was
7    planned for him to do that -- excuse me, let me
8    do it again.
9         If a project -- if we had -- if we
10   had a project that includes -- included him
11   dancing, then I would think so.
12   Q.    My question was about singing.
13   There are videos in which JoJo sings along;
14   correct?
15   A.    If you are talking about in the
16   music whether there is any singing rows or any
17   conversation, I believe he sometimes sings.
18   Q.    And JoJo has a supporting cast of
19   characters; correct?
20   A.    Yes.
21   Q.    He has a mother and father; correct?
22   A.    Yes.
23   Q.    He has an older brother and older
24   sister; correct?
25   A.    Yes.

Page 40

1    Q.    And he has a pet dog?
2    A.    Yes.
3    Q.    Named Bingo?
4    A.    Yes.
5    Q.    Just like JJ of CoComelon?
6    A.    Bingo, the name Bingo was used was
7    because there was an English song called Bingo.
8         MR. TYZ:  Object as nonresponsive.
9         MR. STAKE:  Opposed.
10   Q.    JoJo has a pet dog named Bingo;
11   correct?
12   A.    Correct.
13   Q.    And JJ of CoComelon has a pet dog
14   named Bingo; correct?
15   A.    I am not sure or I don't know the
16   real name of the dog in CoComelon.
17   Q.    Okay.  I've put in front of you what
18   has been previously marked as Exhibit 20.
19        (Exhibit 20 discussed.)
20   A.    Okay.  It is open.
21   Q.    So this, again, has a translation in
22   the Chinese version of Exhibit 20 begins page
23   32, yes.
24   A.    Okay, thank you, okay.
25   Q.    What is Exhibit 20?

Page 41

1    A.    It looks like a PowerPoint.
2    Q.    And it is a PowerPoint titled Young
3    Children's Channel that was prepared by your
4    boss at the time, Ms. Lin; correct?
5         MR. STAKE:  Objection to form.
6    A.    Correct, I believe so.
7    Q.    And you have seen Exhibit 20 before;
8    right?
9    A.    She did a presentation at one point.
10   Q.    Of Exhibit 20 in which you attended;
11   right?
12   A.    Yes, I participated in that brief
13   meeting, briefing -- sorry let me say again.
14        Yes, I participated in that
15   briefing.
16   Q.    In that briefing, Exhibit 20 was
17   presented to the people in attendance; correct?
18   A.    Correct, that is correct according
19   to my -- according to my recollection.
20   Q.    And it has a -- it says 2019 and
21   then Planning Group B video business
22   department.  Do you see that?
23   A.    Yes.
24   Q.    And you were a planner within
25   Planning Group B at that time; correct?

Page 42

1      A.     That's correct.
2      Q.     And this was the presentation of
3  initiating the Super JoJo show; correct?
4      A.     Because it has been a while, I would
5  think so, by looking at the content of this
6  document.
7      Q.     If you go to page 34 of Exhibit 20,
8  please.
9      A.     Okay, core concept.  Over here?
10     Q.     Is it page 34?
11     A.     It says Super JoJo; correct?
12     Q.     Yes, under channel settings?
13     A.     Correct.
14     Q.     And what does it say under Super
15  JoJo?
16     A.     Specialized -- a specific channel
17  created -- custom created for babies age 1 to
18  2.
19            CHECK INTERPRETER:  Correction.
20     A.     Oh, for babies ages 1 to 2 and a
21  half.
22            INTERPRETER:  Thank you.
23     Q.     And if you go to page 37 of Exhibit
24  20.  What is -- what is depicted or presented
25  on page 37 of Exhibit 20?

Page 43

1      A.     Content setting, multi-language
2  channels, IP content.
3      Q.     What does IP mean?
4      A.     IP means the characters.
5      Q.     And the IP for Super JoJo is a small
6  family including a baby, father, mother,
7  brother, sister and a pet dog?
8      A.     Correct, according to what is
9  written here, that's correct.
10     Q.     And as a member of the planning
11  team, did you understand this was the plan for
12  the Super JoJo show?
13     A.     I believe this is a overall basic
14  setting for the show.
15     Q.     If you go to page 40 of Exhibit 20.
16     A.     Okay, I'm there.
17     Q.     And this is the IP settings and then
18  it has JoJo.  It says, main character 1.5 year
19  old inquisitive baby.  Do you see that?
20     A.     Yes, yes, I see it.
21     Q.     So is it your understanding that the
22  plan was for JoJo to be a year and a half old
23  character?
24     A.     I seem to remember that the baby
25  sometimes would do something a little more for

Page 44

1  -- for something that is above his age or
2  sometimes do something a little more for the
3  things -- the lowest age based on the needs of
4  the story.  I believe that was indicated
5  somewhere before.
6      Q.     What do you mean JoJo would do
7  something a little more or above his age?
8             MR. STAKE:  Objection to form.
9      A.     For example, later in the later
10  videos it showed some of the rhythmic movement
11  done by the babies, however, those type of
12  movement, rhythmic movement would be the
13  ability of somebody who would be older than 1
14  and a half year old.
15            However, in order for the video to
16  look more beautiful or to look better we made
17  the baby to be able to do those rhythmic
18  movement.  That is why what I said sometimes
19  the baby would do things that would exceed the
20  age range that was set for him.
21     Q.     Let me see if I understand.  So JoJo
22  was set at the age of an inquisitive 1 and a
23  half year old, but in the videos he could do
24  things that were of a baby that was older than
25  1 and a half; is that right?

Page 45

1             MR. STAKE:  Objection, form.
2      A.     If at the initiation of the project
3  when people conducted discussion and decided
4  that for that particular episode the baby would
5  do something a little more mature, and people
6  agree, then it would do that.
7      Q.     Would you agree that in the planning
8  document it says that the IP setting for the
9  character JoJo is intended to be a 1 and a half
10  year old inquisitive baby and that's indicated
11  on slide 40 of Exhibit 20; correct?
12            MR. STAKE:  Objection to form.
13     A.     If you are just talking about this
14  particular document, yes, it says 1 and a half
15  baby, that's correct.  1 and a half year old
16  baby, yes, that's correct.
17     Q.     And then you just testified that in
18  some of the videos for Super JoJo, he did
19  things that were more mature than a 1 and a
20  half year old inquisitive baby; is that right?
21     A.     Correct.
22     Q.     For example, he sings in English in
23  some videos?
24     A.     If you are -- if you are talking
25  about the simple English, yes, he would be able

Page 54

```
 1        MR. STAKE:  We have been going for
 2   about another hour.
 3        MR. TYZ:  I have probably about 10
 4   minutes left, Sam, if you let me finish up.
 5        MR. STAKE:  I will allow it if that
 6   is okay with our court reporter and our
 7   translator.
 8        INTERPRETER:  I'm fine, thank you.
 9   Q.   Putting up what has been marked as
10   Exhibit 25.
11        (Exhibit 25 marked.)
12   A.   Okay, I see it.
13   Q.   What is Exhibit 25?
14   A.   This is the Way.
15   Q.   And this is CoComelon's video?
16   A.   Correct.
17   Q.   And it is dated January 15th, 2019?
18   A.   Correct.
19   Q.   And it has 560 million views over?
20   A.   I'm not sure what -- what that
21   number of views is at what time.  I'm not sure
22   about when --
23        MR. TYZ:  Is that just me?
24        COURT REPORTER:  No, she is frozen.
25        MR. TYZ:  I guess we're going to
```

Page 55

```
 1   take that break after all.
 2        VIDEOGRAPHER:  Time is 7:52 and
 3   we're going off the record.
 4        (Recess, 7:52 to 7:53 p.m.)
 5        VIDEOGRAPHER:  The time is 7:53 and
 6   we're back on the record.
 7   A.   I am not sure about these numbers in
 8   terms of the number of views, because I don't
 9   know when the screen capture was made.
10   Q.   Fair enough.  But you look at the --
11   the URL at the very top and that is the
12   internet address.  Can you compare that
13   internet address to the link that is on slide 4
14   D8 of Exhibit 20, please and -- correction,
15   page 49 of Exhibit 20?
16   A.   Okay.
17   Q.   So you see that the first link on
18   page 49 of Exhibit 20, which is the BabyBus
19   planning document for the JoJo show refers to
20   This is the Way video by CoComelon?
21   A.   Yes.  I compared the links and they
22   are the same links.
23   Q.   I will put in what has been marked
24   as Exhibit 26.
25        (Exhibit 26 marked.)
```

Page 56

```
 1   Q.   And Exhibit 26 is another internet
 2   printout this time of Yes Yes Vegetable Song by
 3   CoComelon.  Do you see that?
 4   A.   Give me a second.  Yes, I see it.
 5   Q.   Do you see that internet address
 6   matches the second link on page 49 of Exhibit
 7   20, which is the planning document of BabyBus
 8   for Super JoJo?
 9   A.   Yes, yes, they are the same.
10   Q.   So if you look back at Exhibit 20
11   under the product specification pages that
12   range between page 46 and 50, the only pictures
13   of characters over those pages are of the
14   CoComelon's baby JJ character; correct?
15   A.   I also saw JoJo on the IP
16   presentation earlier on.
17        MR. TYZ:  Object to nonresponsive.
18   Q.   I'm just talking about the
19   production specifications for the JoJo show in
20   Exhibit 20, which is pages 46 through 50.  The
21   only images of a character are of CoComelon's
22   JJ character; correct?
23   A.   If you are talking about those
24   screenshots for references, yes, what I saw are
25   only JJ from CoComelon.
```

Page 57

```
 1   Q.   And there are no references to the
 2   content of any other competitor of BabyBus in
 3   Exhibit 20, is there?
 4        MR. STAKE:  Objection, form.
 5   A.   I believe that the -- the planning
 6   document wanted to have -- to create a look and
 7   feel similar to CoComelon's.  I'm not sure
 8   about the other competitors products whether
 9   they had the same look and feel, but maybe that
10   is why it wasn't mentioned in there.
11        MR. TYZ:  I have no further
12   questions at this time.  Subject to later
13   given the issue of communications, but that
14   is all I have, Sam.
15        MR. STAKE:  I would just like to
16   designate this transcript as Highly
17   Confidential under the protective order in
18   this case.
19        MR. TYZ:  Thank you very much for
20   your time and I like your little kitten.
21        VIDEOGRAPHER:  The time is 8:01 and
22   we're going off the record.
23        (Deposition adjourned at 8:01 a.m.)
24
25
```

Page 58

1     J U R A T

3  I,            , do hereby certify under
4  penalty of perjury that I have read the foregoing
5  transcript of my deposition taken on           ;
6  that I have made such corrections as appear noted
7  herein in ink, initialed by me; that my testimony as
8  contained herein, as corrected, is true and correct.

10  DATED this ____ day of _____,2022,
11  at _____,         .

17  _____
18      SIGNATURE OF WITNESS

Page 59

1     C E R T I F I C A T E

3      I, SUSAN S. KLINGER, a certified shorthand
4  reporter within and for the State of Texas, do
5  hereby certify:
6      That JIACHUN XUE, the witness whose
7  deposition is hereinbefore set forth, was duly
8  sworn by me and that such deposition is a true
9  record of the testimony given by such witness.
10     I further certify that I am not related to
11  any of the parties to this action by blood or
12  marriage; and that I am in no way interested in
13  the outcome of this matter.
14     IN WITNESS WHEREOF, I have hereunto set my
15  hand this 17th of August, 2022.

17  _____
18     Susan S. Klinger, RMR-CRR, CSR
19     Texas CSR# 6531

Page 60

1           ERRATA SHEET
2  Case Name:
3  Deposition Date:
4  Deponent:
5  Pg.  No. Now Reads     Should Read    Reason
6  ___  ___ _____    _____     _____
7  ___  ___ _____    _____     _____
8  ___  ___ _____    _____     _____
9  ___  ___ _____    _____     _____
10 ___  ___ _____    _____     _____
11 ___  ___ _____    _____     _____
12 ___  ___ _____    _____     _____
13 ___  ___ _____    _____     _____
14 ___  ___ _____    _____     _____
15 ___  ___ _____    _____     _____
16 ___  ___ _____    _____     _____
17 ___  ___ _____    _____     _____
18 ___  ___ _____    _____     _____
19 ___  ___ _____    _____     _____
20                                       _____
21                            Signature of Deponent
22 SUBSCRIBED AND SWORN BEFORE ME
23 THIS ____ DAY OF _____, 2022.
24 _____
25 (Notary Public)   MY COMMISSION EXPIRES:_____