UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BABYBUS CO., LTD and BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD, <br><br> Defendants. | Case No: 3:21-cv-06536-EMC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT** <br><br> Date:        May 11, 2023 <br> Time:       1:30 p.m. <br> Courtroom: 5 <br><br> Trial Date:  July 3, 2023 |

**[PROPOSED] ORDER**

After reviewing Plaintiffs Moonbug Entertainment Limited and Treasure Studio Inc's ("Plaintiffs") Motion for Leave to Supplement Complaint ("Motion"), and all other papers and argument submitted to the Court in conjunction therewith, the Court hereby **GRANTS** the Motion.

Plaintiffs shall file their supplemental pleading within five (5) days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
THE HONORABLE EDWARD CHEN
UNITED STATES DISTRICT COURT JUDGE