QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert W. Stone (Bar No. 163513)
  Margret Caruso (Bar No. 243473)

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Fax:         (650) 801-5100
robertstone@quinnemanuel.com
margretcaruso@quinnemanuel.com


  Sam S. Stake (Bar No. 257916)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:    (415) 875-6700
samstake@quinnemanuel.com

Attorneys for BabyBus Co., Ltd. and BabyBus
(Fujian) Network Technology Co., Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BABYBUS CO., LTD and BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD, <br><br> Defendants. | Case No: 3:21-cv-06536-EMC <br><br> **BABYBUS DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO EXCLUDE DR. JENNIFER VANDERHART** <br><br> Hearing Date: June 6, 2023 <br><br> Judge:  Hon. Edward M. Chen <br> Complaint Filed:           August 24, 2021 <br> Trial:                           July 3, 2023 <br><br> **DOCUMENT FILED UNDER SEAL** |

# DOCUMENT FILED UNDER SEAL