UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD, et al.,<br><br>Defendants. | Case No. 21-cv-06536-EMC<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR SANCTIONS WITHOUT PREJUDICE**<br><br>Docket Nos. 382, 387 |

On June 2, 2023, Plaintiffs filed a motion for sanctions, alleging that Defendants committed fraud on the Court by relying on the baby character Doudou to further Defendants' independent development theory. Docket No. 382. A few days later, Plaintiffs filed a motion to shorten time to hear this motion prior to trial. Docket No. 387. Defendants oppose. Docket No. 388.

The resolution of this issue hinges upon the credibility of witnesses and factual evidence to be presented at trial. The Court reserves judgment and further action until the conclusion of trial. Thus, at this juncture, the Court **DENIES** Plaintiffs' motion for sanctions without prejudice.

This order disposes of Docket Nos. 382 and 387.

**IT IS SO ORDERED**.

Dated: June 8, 2023

_____
EDWARD M. CHEN
United States District Judge