1  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
2  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
3  Seattle, Washington 98101-3099
   Telephone: +1.206.359.8000
4  Facsimile:  +1.206.359.9000

5  Michael C. Bleicher, Bar No. 313892
   MBleicher@perkinscoie.com
6  PERKINS COIE LLP
   700 Thirteenth Street, N.W., Suite 800
7  Washington, D.C. 20005-3960
   Telephone: +1.202.654.6200
8  Facsimile:  +1.202.654.6211

9  Attorneys for Google LLC, d/b/a YouTube

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13 | MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., | Case No. 3:21-cv-06536-EMC
14 |                    Plaintiff, | **GOOGLE LLC D/B/A YOUTUBE'S NOTICE OF WITHDRAWAL OF MOTION TO QUASH OR MODIFY SUBPOENA**
15 |                    v. |
16 | BABYBUS CO., LTD and BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD, |
17 |                    Defendant. |

20    **PLEASE TAKE NOTICE** that pursuant to Local Rule 7-7, Non-Party Google LLC

21 d/b/a/ YouTube ("YouTube") withdraws its Motion to Quash or Modify Subpoena, filed herein

22 on June 30, 2023 as ECF entry number 443.

25 Dated: July 5, 2023                 /s/ *Michael C. Bleicher*
                                       Julie E. Schwartz, Bar No. 260624
26                                     Michael C. Bleicher, Bar No. 313892

27                                     *Attorneys for Google LLC, d/b/a YouTube*