JENNIFER KELLY (CSB No. 193416)
jennifer@tyzlaw.com
RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
ERIN JONES (CSB No. 252947)
ejones@tyzlaw.com
DEBORAH HEDLEY (CSB No. 276826)
deborah@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
SEAN APPLE (CSB No. 305692)
sapple@tyzlaw.com
CHIEH TUNG (CSB No. 318963)
chieh@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Plaintiffs
Moonbug Entertainment Limited and
Treasure Studio, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BABYBUS CO., LTD and BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD, <br><br> Defendants. | Case No: 3:21-cv-06536-EMC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT** |

# [PROPOSED] ORDER

Having reviewed Plaintiffs Moonbug Entertainment Limited's and Treasure Studio, Inc.'s ("Moonbug") August 31, 2023 Motion for Entry of Judgment ("Motion"), the supporting declaration of Ciara McHale and the exhibits thereto, any additional papers filed in support of and in opposition to the Motion, the trial record and files in this action, and hearing the argument of counsel, the Court finds that Moonbug is entitled to entry of judgment against Defendants, consistent with the jury's verdict, including: (1) $17,718,114.00 in total damages awarded by the jury for Moonbug's copyright infringement and misrepresentation claims; (2) prejudgment interest on the jury's total damages award at the rate directed by 28 U.S.C. § 1961 (at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding entry of judgment), commencing June 4, 2019 (the date Defendants published their first infringing Super JoJo video) through the date of entry of judgment, compounded annually; and (3) mandatory post judgment interest pursuant to 28 U.S.C. § 1961 on Plaintiffs' total damages, including prejudgment interest, as well as costs and attorneys' fees, if any, to be determined in accordance with Fed. R. Civ. P. 54(d).

Accordingly, the Court GRANTS Moonbug's motion and ORDERS Moonbug to submit a proposed judgment within seven (7) days of this order.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE