| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 24 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC.,

    Plaintiffs - Appellees,

 v.

BABYBUS CO., LTD. and BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD,

    Defendants - Appellants.

No. 24-3748

D.C. No. 3:21-cv-06536-EMC
Northern District of California, San Francisco

ORDER

Appellees' November 27, 2023 motion under Federal Rule of Civil Procedure 59(e) remains pending in the district court. The notice of appeal is therefore ineffective, *see* Fed. R. App. P. 4(a)(4), and proceedings in this court will be stayed until the district court decides the motion. *See Leader Nat'l Ins. Co. v. Industrial Indemnity Ins. Co.*, 19 F.3d 444 (9th Cir. 1994).

Within 14 days after the district court's decision, appellants must notify this court in writing.

The Clerk will serve a copy of this order on the district court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT