1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Robert W. Stone (Bar No. 163513)
2     Brian C. Cannon (Bar No. 193071)
      Margret Caruso (Bar No. 243473)
3  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
4  Telephone:  (650) 801-5000
   Fax:            (650) 801-5100
5  robertstone@quinnemanuel.com
   briancannon@quinnemanuel.com
6  margretcaruso@quinnemanuel.com

7     Sam S. Stake (Bar No. 257916)
   50 California Street, 22nd Floor
8  San Francisco, California 94111
   Telephone:  (415) 875-6600
9  Facsimile:   (415) 875-6700
   samstake@quinnemanuel.com
10
   Attorneys for BabyBus Co., Ltd. and BabyBus
11 (Fujian) Network Technology Co., Ltd.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BABYBUS CO., LTD. and BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD., <br><br> Defendants. | CASE NO. 3:21-CV-06536-EMC <br><br> **NOTICE OF APPEARANCE OF BRIAN C. CANNON** <br><br> Judge:  Honorable Edward M. Chen <br><br> Courtroom:  5, 17th Floor |
|---|---|

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2      PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as

3  counsel of record for Defendants BabyBus Co., Ltd. and BabyBus (Fujian) Network Technology

4  Co., Ltd. in the above-captioned matter, and respectfully requests that all pleadings, orders,

5  motions, notices, and other papers in connection with this action be served on him at:

7  QUINN EMANUEL URQUHART & SULLIVAN, LLP

8      Brian C. Cannon (Bar No. 193071)
    555 Twin Dolphin Drive, 5th Floor
    Redwood City, California 94065
    San Francisco, CA 94111
    Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
    briancannon@quinnemanuel.com

13  DATED: July 17, 2024          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    */s/ Brian C. Cannon*
    Brian C. Cannon
    Attorney for Defendants
    BabyBus Co., LTD and BabyBus (Fujian) Network
    Technology Co., LTD