JENNIFER KELLY (CSB No. 193416)
jennifer@tyzlaw.com
RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
ERIN JONES (CSB No. 252947)
ejones@tyzlaw.com
DEBORAH HEDLEY (CSB No. 276826)
deborah@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
SEAN APPLE (CSB No. 305692)
sapple@tyzlaw.com
CHIEH TUNG (CSB No. 318963)
chieh@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Plaintiffs
Moonbug Entertainment Limited and
Treasure Studio, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BABYBUS CO., LTD and BABYBUS (FUJIAN) NETWORK TECHNOLOGY CO., LTD, <br><br> Defendants. | Case No: 3:21-cv-06536-EMC <br><br> **PLAINTIFFS' NOTICE OF SUPPLIMENTAL DECLARATIONS RE ADDITIONAL ATTORNEYS' FEES IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS (DKT. 630)** <br><br> Date: July 18, 2024 <br> Time: 1:30 pm <br> Judge: Hon. Edward M. Chen <br> Courtroom: 5, 17th Floor |

On July 18, 2024, the Court heard Plaintiffs' Motion for Attorneys' Fees and Costs (Dkt. 630, the "Motion"). Dkt. 704. Following the hearing, Moonbug respectfully submits two supplemental declarations setting forth additional fees it seeks to recover in connection with the Motion: (1) a supplemental declaration of Ciara McHale setting forth Tyz Law Group time and associated fees in this case for the period since the filing of Plaintiffs' reply in support of the Motion (Dkt. 655, filed December 4, 2023); and (2) a supplemental declaration of Eric Boorstin setting forth Horvitz & Levy LLP time and associated fees in this case for the period since the filing of Mr. Boorstin's first declaration in support of Plaintiffs' Motion (Dkt. 632, filed November 13, 2023).

Moonbug respectfully requests that the Court include the reasonable attorneys' fees set forth in the declarations of Ms. McHale and Mr. Boorstin in any order awarding Moonbug its fees and costs as requested in its Motion. Moonbug reserves the right to seek additional fees and costs for work done after the filing of this notice.

Dated: July 22, 2024                    Respectfully submitted,

                                         /s/Ciara McHale
                                         Ciara McHale

                                         Attorneys for Plaintiffs
                                         Moonbug Entertainment Limited and
                                         Treasure Studio, Inc.